1  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
2  DEREK C. WALTER (Bar No. 246322)
   derek.walter@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
4  201 Redwood Shores Parkway
5  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
6  Facsimile: (650) 802-3100

7  Attorneys for Plaintiffs
8  ILLUMINA, INC and ILLUMINA CAMBRIDGE LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, Inc.<br>ILLUMINA CAMBRIDGE LTD.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>QIAGEN, N.V.<br>QIAGEN GmbH<br>QIAGEN Gaithersburg, Inc.<br>QIAGEN Sciences, LLC<br>QIAGEN Inc. (USA)<br>QIAGEN Redwood City, Inc.<br>Intelligent Bio-Systems, Inc.<br><br>            Defendants. | Case No. 3:16-cv-02788-WHA<br><br>**DECLARATION OF DEREK C. WALTER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1   I, Derek C. Walter, declare:

2   I am an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Plaintiffs Illumina, Inc. and Illumina Cambridge Ltd. ("Plaintiffs") in the above-captioned matters. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

1.   Attached as Exhibit 1 is a true and correct copy of a news article from Bio-IT World titled "QIAGEN Releases GeneReader for Clinical Sequencing in Cancer," dated November 9, 2015, and available at http://www.bio-itworld.com/2015/11/9/qiagen-releases-genereader-clinical-sequencing-cancer.html.

2.   Attached as Exhibit 2 is a true and correct copy of Qiagen's GeneReader Brochure from the QIAGEN website, dated January 2016.

3.   Attached as Exhibit 3 is a true and correct copy of the QIAGEN First Quarter 2016 Earning Call Transcript, dated April 28, 2016.

4.   Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 7,566,537, issued July 28, 2009.

5.   Attached as Exhibit 5 is a true and correct copy of the article title "JP Morgan Healthcare Day Two," dated January 13, 2016 and available at https://www.genomeweb.com/business-news/jp-morgan-healthcare-day-two-thermo-fisher-qiagen-danaher-counsyl-human-longevity.

6.   Attached as Exhibit 6 is a true and correct copy of a presentation given by QIAGEN CEO Peer M. Schatz titled "QIAGEN: Making Improvements In Life Possible," dated January 2016.

7.   Attached as Exhibit 7 is a true and correct copy of a press release off the Qiagen website titled "QIAGEN and 10x Genomics to Enter into Co-marketing and Co-development Collaboration," dated February 9, 2016.

1      8.     Attached as Exhibit 8 is a true and correct copy of a 10X Genomics press release
2  titled "10xGenomics Announces Collaboration with QIAGEN," dated February 9, 2016.

3      9.     Attached as Exhibit 9 is a true and correct copy of the Petition for *Inter Partes*
4  Review of U.S. Patent No. 7,566,537, IPR No. 2013-00517, dated August 19, 2013.

5      10.     Attached as Exhibit 10 is a true and correct copy of the Institution of IPR, IPR
6  No. 2013-00517, dated February 13, 2014.

7      11.     Attached as Exhibit 11 is a true and correct copy of the Final Decision, IPR No.
8  2013-00517, dated February 11, 2015.

9      12.     Attached as Exhibit 12 is a true and correct copy of the United States of Appeals
10 for the Federal Circuit Decision, Case No. 2015-1693, dated May 9, 2016

11     13.     Attached as Exhibit 13 is a true and correct copy of the QIAGEN GeneReader
12 Manual, dated December 2015.

13     14.     Attached as Exhibit 14 is a true and correct copy of U.S. Patent Application
14 Publication No. 2015/0284788, dated October 8, 2015.

15     15.     Attached as Exhibit 15 is a true and correct copy of excerpts from the Decisive
16 Bio-Insights industry report titled "Next Generation Sequencing (NGS) Market Size, Growth and
17 Trends (2011-2019)," dated November 3, 2015.

18     16.     Attached as Exhibit 16 is a true and correct copy of the screen shot from
19 QIAGEN website, available at https://www.qiagen.com/us/about-us/investors/stock-
20 information/qiagen-share/

21     17.     Attached as Exhibit 17 is a true and correct copy of a screen shot of the
22 "Products" page from the QIAGEN website, available at https://www.qiagen.com/us/about-
23 us/who-we-are/products/

24     18.     Attached as Exhibit 18 is a true and correct copy of a press release found on the
25 QIAGEN website, issued by QIAGEN N.V. and titled "QIAGEN reports results for first quarter
26 of 2016."

27     19.     Attached as Exhibit 19 is a true and correct copy of a <u>Genetic Engineering and
28 Biotechnology News</u> titled "QIAGEN Expands Its cDx Franchise," dated March 15, 2014.

20. Attached as Exhibit 20 is a true and correct copy of a GenomeWeb news article titled "Qiagen Introduces Sequencing Workflow, Including NGS System and Library-Prep Instrument, at AGBT," dated February 26, 2013.

21. Attached as Exhibit 21 is a true and correct copy of Press Release titled "Qiagen's Dietrich Hauffe on Bringing Next-Generation Sequencing to Clinical Research and Molecular Dx," dated July 17, 2013.

22. Attached as Exhibit 22 is a true and correct copy of the Qiagen First Quarter 2016 Earnings Call Transcript, dated January 30, 2014.

23. Attached as Exhibit 23 is a true and correct copy of a GenomeWeb news article titled "In Update on Next-Gen Sequencing Strategy, Qiagen Continues to Stress Workflow Advantages, Content," dated November 19, 2013.

24. Attached as Exhibit 24 is a true and correct copy of a GEN News article titled "Qiagen Acquires Intelligent Bio-Systems with Aim to Advance Next-Gen Sequencing," dated June 26, 2012.

25. Attached as Exhibit 25 is a true and correct copy of IBS00358059, which depicts the structures of the nucleotides used in Qiagen's GeneReader NGS system. Intelligent Bio-Systems, Inc. ("IBS") produced this document following Qiagen's announcement of the GeneReader NGS system in November 2015. Briefly, on November 10, 2015, I contacted counsel for IBS asking that they promptly provide information sufficient to show the structure of the nucleotides used in the GeneReader product. After extensive correspondence, in December 29, 2015, IBS finally provided the requested information regarding the nucleotides used in the GeneReader product, which appears in IBS00358059. Attached as Exhibit 26 is a true and correct copy of the correspondence leading to IBS's production of IBS00358059.

26. Attached as Exhibit 27 is a true and correct copy of a PR Newswire Press Release titled "QIAGEN Introduces GeneReader NGS Systems," dated November 4, 2015.

27. Attached as Exhibit 28 is a true and correct copy of a press release found on QIAGEN's website titled "QIAGEN Unveils Sample-to-Result Next-Generation Sequencing Workflow Designed for Clinical Research and Diagnostics," dated February 20, 2013.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 24, 2016, at Redwood Shores, California.

                                                                                             */s/ Derek C. Walter*
                                                                                               Derek C. Walter