1

2

3

4

5

6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9

10  ILLUMINA, INC and ILLUMINA
    CAMBRIDGE LTD.,

11

12              Plaintiffs,

13        vs.

14  QIAGEN, N.V.
    QIAGEN GmbH

15  QIAGEN Gaithersburg, Inc.
    QIAGEN Sciences, LLC

16  QIAGEN Inc. (USA)
    QIAGEN Redwood City, Inc.

17  Intelligent Bio-Systems, Inc.

18              Defendants.

19

Case No.  3:16-cv-02788-WHA

**DECLARATION OF KEVIN
BURGESS IN SUPPORT OF
ILLUMINA'S MOTION FOR
PRELIMINARY INJUNCTION**

**REDACTED**

20

21

22

23

24

25

26

27

28

1.     I, Kevin Burgess, Ph.D., have been retained by Plaintiffs Illumina and Illumina Cambridge, Ltd. (collectively "Illumina") to offer opinions regarding infringement and validity of U.S. Pat. No. 7,566,537 ("the '537 patent").

2.     I have been asked by counsel for Plaintiffs to provide opinions regarding infringement of claims 1-6 and 8 of the '537 patent by the Qiagen's GeneReader DNA sequencing product

3.     This report is based on information currently available to me.  I may continue my investigation and study as new information comes to light and circumstances evolve. Accordingly, I may supplement my opinions and/or provide rebuttal opinions.  I would be able to testify regarding the matters stated in this report, if asked by the Court or by the parties' attorneys.

I.     SUMMARY OF OPINIONS

4.     It is my opinion that Qiagen directly infringes claims 1-6 and 8 of the '537 patent.

II.     BACKGROUND AND QUALIFICATIONS

5.     I am currently a Rachal Professor of Chemistry at Texas A&M University with specialization in asymmetric syntheses and synthetic organic chemistry as it relates to medicinal chemistry and problems of importance to biotechnology.

6.     I obtained (1) a Bachelor of Science Degree at the University of Bath in Bath, England, where I received the Bachelor of Science prize, in 1979; (2) a Masters Degree in Physical Organic Chemistry at the University of East Anglia in Norwich, England, where I received the Master of Science prize, in 1980; and (3) a Doctor of Philosophy (Ph.D.) Degree in Organometallic Chemistry at the University of Cambridge in Cambridge, England, where I studied reactions of 1,3 Dipolar Compounds, in 1983.

7.     I received the Sir Henry Stracosh Travel Grant, Fulbright Travel Award, Research Lectureship at Christ Church in Oxford in 1984 and Junior Research Fellowship at Girton College in Cambridge in 1985.

8.     Before being named as a Professor at Texas A & M University, I was a Postdoctoral Fellow at the University of Wisconsin in Madison, Wisconsin from 1983 to 1984

(Fulbright Travel Awardee to take up this position); a Research Fellow at the University Chemical Laboratory in Cambridge, England from 1984 to 1987; an Assistant Professor of Organic Chemistry at William Marsh Rice University from 1986 to 1992; and an Associate Professor at Texas A & M University from 1992 to 1996.

9.     I have co-authored the "Highlights" section in Chemistry and Industry since 1986. Currently, I write the "Biomedical" section for that column, and for over 25 years I was author of the "Organometallics" section.

10.     I have over 290 publications, including, significantly, several papers on sequencing by synthesis, and at least two patents.  My H-index (a measure of the impact of my published work with respect to citations) was approximately 58 as of August 2013. An H-index of 58 means that I have 58 publications that have been cited in the literature at least 58 times.

11.     I have consulted for biotechnology company Gradalis, L'Oreal (Paris), Southwestern Medical Center (Dallas), Combinix (CA, USA), Proctor and Gamble Pharmaceuticals Division (Cincinnati), LaserGen (Houston), ISIS Pharmaceuticals (CA USA), Protein Design Laboratories (CA, USA) Boehringer Ingelheim (CT, USA), and Houghten Pharmaceuticals (CA, USA). My consulting work with LaserGen and ISIS involved nucleotides, nucleosides, or DNA sequencing.

12.     I was the U.S. regional editor for the journal Tetrahedron Asymmetry for several years.

13.     In 2013 I was awarded the Pedler Award by The Royal Society of Chemistry for contributions to organic chemistry by a professor under the age of 55.  I was also made a Fellow of the Royal Society of Chemistry.

14.     My expertise, professional experience and qualifications are further detailed in my Curriculum Vitae, a copy of which is submitted herewith as Ex. A.

15.     The following is a list of all other cases in which, during the previous four years, I have testified as an expert at trial or by deposition:

- *Pfizer v. Mylan Labs. et al.*, No. 02-1628, Western District of Pennsylvania.

- *Sanofi-Aventis U.S. LLC, et al., v, Fresenius Kabi Oncology PLC, et al.*, No. 07-

02854, District of New Jersey.

- *Aventis Pharma, S.A. et al., v. Dabur Pharma, LTD.*, in the Republic of the Philippines, Regional Trial Court, Civil Case No. 06-747.

- *Sanofi-Aventis (Malaysia) SDN BHD et al., v. Fresenius Kabi (Malaysia) SDN BHD et al.*, in the Republic of Malaysia, High Court of Malaya, Case No. D-22IP-46.

- *In re: NEXIUM (ESOMEPRAZOLE) ANTITRUST LITIGATION*

- Proceedings IPR2012-00006, IPR2012-00007, IPR2013-00011, and IPR2013-00517 in the U.S. Patent and Trademark Office.

16.   The complete list of all publications authored by me is provided in my Curriculum Vitae.  Ex. A.

17.   I have no financial interest in this proceeding, and my compensation is unaffected by the content of my testimony or the outcome of this proceeding.

**III.   LEGAL STANDARD**

18.   I am not a legal expert and offer no opinions of the law. However, I have been informed by counsel of the legal standards that apply with respect to determining infringement.

19.   I have been informed that the specification of a patent includes the written description of one or more preferred embodiments of the invention, drawings, and figures, as well as one or more claims that point out and claim the subject matter of the invention.  The claims define and measure the patent's scope.  Each claim defines a separate invention.

20.   I have been informed that a dependent claim incorporates each and every element of the claim from which it depends.

21.   I have been informed that the determination of infringement is a two-step process.  First, the language of the claims asserted against a device, method or structure accused of infringement, which I will refer to as the "accused" device, method or structure, is construed by the Court.   Second, the accused device, method or structure is compared to the construed claim.

22.   I have been informed that literal infringement is found when each and every element of at least one of the patent's claims, under the Court's construction, is literally found or

1  practiced in the accused device, method or structure.  My understanding of the law with respect to

2  patent infringement is that an accused device, method or structure infringes a claim if it contains

3  all the elements of the claim, regardless of whether or not there are additional elements in the

4  accused device, method or structure not present in the claim.

5      23.    I have been informed that the burden of proof for proving patent infringement is

6  by a preponderance of the evidence, which standard means that the accused device is established

7  to be more likely to infringe than not to infringe a claim of the patents-in-suit.

8  **IV.    TECHNOLOGY BACKGROUND**

9      24.    The '537 patent generally relates to labelled nucleotides and techniques for

10  labeling nucleic acid molecules.  Independent claim 1 of the '537 patent pertains to the use of a

11  specific kind of labelled nucleotides for labeling a nucleic acid molecule, and appears in full

12  below:

> 1. A method of labeling a nucleic acid molecule, the method comprising incorporating into the nucleic acid molecule a nucleotide or nucleoside molecule, wherein the nucleotide or nucleoside molecule has a base that is linked to a detectable label via a cleavable linker and the nucleotide or nucleoside molecule has a ribose or deoxyribose sugar moiety, wherein the ribose or deoxyribose sugar moiety comprises a protecting group attached via the 2′ or 3′ oxygen atom, and said protecting group can be modified or removed to expose a 3′ OH group and the protecting group comprises an azido group.

19  Ex. B ('537 patent) at 19:49-59.

20      25.    Briefly, the claim describes a technique for labeling a nucleic acid molecule,

21  such as a DNA molecule, by incorporating into the nucleic acid molecule a nucleotide that carries

22  a detectable level, such as a chemical moiety that can be detected via fluorescence spectroscopy.

23  Key features of the claim pertain to the structure of the nucleotide that is incorporated into the

24  nucleic acid molecule.  As set forth in the claim, the nucleotide includes the following features:

25  (1) a base linked to a detectable label via a linker that can be cleaved, and (2) a protecting group

26  on the 2'or 3' sugar of the nucleotide that comprises an azido group.

27      26.    Some of the dependent claims at issue in this case further limit the structure of

28  the nucleotide:

- Claim 3 limits the base to a deazapurine.
- Claim 4 limits the nucleotide to a deoxyribonucleotide triphosphate.
- Claim 5 limits the label to a fluorophore.
- Claim 6 limits the protecting group to a $CH_2N_3$ group.

27. Other dependent claims pertain to how the nucleotides are used to label nucleic acid molecules:

- Claim 2 limits the incorporation technique to enzymatic incorporation using a terminal transferase, polymerase, or reverse transcriptase enzyme.
- Claim 8 requires that the detectable label on the nucleotide be detected and then cleaved from the base.

28. The method of labeling nucleic acid molecules described in the '537 patent is used predominantly in a technique for DNA sequencing known as "sequencing-by-synthesis," also referred to as "SBS" for short. SBS is the DNA sequencing technique that is used in both Illumina's sequencing products and Qiagen's GeneReader product, and so an overview of SBS is helpful background for my opinions in this matter.

29. DNA is a molecule made up of four chemical bases: adenine, guanine, cytosine, and thymine. Each of the bases in DNA is also attached to a sugar molecule and a phosphate molecule. The combination of the base, sugar, and phosphate molecule is called a nucleotide. The four nucleotides that make up DNA are labeled according to the base they contain: "A" for adenine, "G" for guanine, "C" for cytosine, and "T" for thymine. DNA consists of two paired strands of nucleotides that wind around one another to form a double helix. In forming the double helix, the nucleotides of one strand pair up with nucleotides of another strand in a specific way: A only pairs with T, and G only pairs with C.

30. In the type of SBS employed by Illumina and Qiagen, DNA is sequenced by sequentially incorporating nucleotides into a "template" DNA strand. The template DNA strand consists of just one strand of the DNA double helix. Each of the four different kinds of nucleotides used in a common form of SBS includes a chemical "label" that can be read in order to distinguish the different nucleotides. After a labeled nucleotide is incorporated into the DNA template, the label on the nucleotide is read. Then, the next nucleotide is incorporated into the DNA template, and the label is again read. By repeatedly incorporating nucleotides and reading

the nucleotide, the DNA sequence can be determined. Below, I describe how this type of SBS is used in the Illumina sequencing products so as to illustrate this process in further detail.

31. Illumina's sequencing process starts by hybridizing a "sequencing primer" to the template molecule, the latter of which is attached to a solid surface. By attaching the template to a surface, the template will stay at a fixed position throughout the sequencing process and can thus be more easily imaged. In the following illustration, the template is represented by the purple/green strand, and the primer is represented by the blue circles without letters.



32. The next step is to add a single nucleotide to the primer, typically by using an enzyme that can catalyze the incorporation of a nucleotide into a DNA template. One example of such an enzyme is the DNA polymerase enzyme. The nucleotide that gets added depends on the sequence of the next base in the template strand. If the next nucleotide in the template is A, then a T will be added to the primer; if the next nucleotide is T, then A will be added; if the next nucleotide is G, then C will be added; if the next nucleotide is C, then G will be added. In the illustration above, the first nucleotide in the template is an A, so a T was added to the blue primer.

33. Each of these added bases is blocked in a way that only permits one base to be added at a time. As noted above, in Illumina's four-color SBS system, each base also is labeled with a unique chemical label that can be detected based on, for instance, its optical properties. Illumina's four-color system takes a picture of the template at each round and records the identity of the label that has been added, which corresponds to a specific nucleotide. When that is done, Illumina removes the colored label and the block from the added nucleotide, allowing a new

1   nucleotide to be added.  Illumina then takes a picture of this new nucleotide.

2       34.     Illumina's system repeats this process of adding a nucleotide, taking a picture of

3   the label, and removing the label and block for multiple rounds.  In this way, Illumina's system

4   figures out a sequence of nucleotides by looking at the color that was obtained at the spot where

5   the template is located each round.  This process is known as "four-color sequencing-by-

6   synthesis."  Shown below, is the sequencing process for one template DNA strand.

7

8

9

10

11

12      

13

14

15

16

17      35.     The figures on the right show the images that are recorded after each nucleotide

18  addition.  The circled spots are for the specific template that is shown, while the other spots are

19  for other templates that are being sequenced in parallel.  Illumina's system is massively parallel in

20  that it sequences and records images of multiple templates during each round as illustrated in the

21  figure above.  Each template is located in a different area on the sequencing flow cell's surface.

22  Thus, the sequence of nucleotides at each template can be deduced by looking at the sequence of

23  colors obtained at each spot in each round (each spot corresponding to a different template).

24      36.     While the '537 patent is not limited to SBS, it is ideally suited to this type of

25  SBS used by Illumina and Qiagen.  It is easy to see why now.  As I note above, the '537 patent is

26  directed to a "method of labeling a nucleic acid molecule."  The SBS of the Illumina and Qiagen

27  processes consists essentially of repeatedly "labeling a nucleic acid molecule."  The nucleic acid

28  molecule that is labeled is the DNA that is being sequenced.  It is labeled by incorporating into

the DNA a labeled nucleotide.  Below, I describe the individual parts of claim 1 of the '537 patent in the context of SBS as used by Illumina and Qiagen.

37.     First, the claim recites that the "method of labeling" comprises "incorporating" into a "nucleic acid molecule a nucleotide or nucleoside molecule."  In four-color SBS, this is done when the labeled nucleotide molecule is added to the template DNA strand.

38.     The claim further recites that the "nucleotide or nucleoside molecule has a base that is linked to a detectable label via a cleavable linker."  As explained above, for four-color SBS, the nucleotides that are added to the template DNA must include a label that can be detected.  Claim 1 of the '537 patent requires that the label be attached to the nucleotide via a "linker" that can be cleaved.  This allows one to remove the label from the nucleotide after the nucleotide has been added to the template DNA.  By removing the label in this manner, its optical properties will not interfere with or obscure the signal that can be detected from the label on the next nucleotide that is added to the template DNA.

39.     The claim next recites that the "nucleotide or nucleoside molecule has a ribose or deoxyribose sugar moiety."  As I explain above, nucleotide molecules, which are added to the template DNA strand in SBS, must include a sugar.  This claim element limits the sugar to a ribose or deoxyribose sugar.  Ribose differs from deoxyribose in that deoxyribose does not include an oxygen on the 2′ oxygen atom.

40.     The claim next recites that the "ribose or deoxyribose sugar moiety comprises a protecting group attached via the 2′ or 3′ oxygen atom."  As the '537 patent explains, the "protecting group is intended to prevent nucleotide incorporation onto a nascent polynucleotide strand, and can be removed under defined conditions to allow polymerisation to occur."  Ex. B ('537 patent) at 7:51-53.  In other words, by having a "protecting group" in the nucleotide, the labeled nucleotide will be added to the template DNA, and no additional labeled nucleotides will be added.  The nucleotide can then be imaged without interference from another labeled nucleotide.

41.     Next, the claim recites that the "protecting group can be modified or removed to expose a 3′ OH group."  This claim element requires that the "protecting group" be of such a

1  nature that it can be removed or modified in such a manner that the end result is a hydroxyl

2  chemical group at the "3'" position of the sugar.  A hydroxyl group at the 3' position reflects the

3  natural state of the ribose or deoxyribose as found in nature.  Only when the sugar is in its natural

4  state with a hydroxyl group at the 3' position can another nucleotide be added to the template.  By

5  requiring "protecting groups" that "can be modified or removed to expose a 3' OH group," the

6  claims thus allow one to control when a nucleotide is added to the DNA template.

7       42.       Finally, the claim recites that the "protecting group" include an "azido group."

8  An "azido group" is a specific type of chemical structure that consists of a chain of three nitrogen

9  atoms.  The advantage of such a group include that it can be removed under conditions consistent

10  with those necessary for DNA sequencing processes and is not so bulky that it interferes with the

11  action of the enzymes that are used in SBS.

12  **V.  THE LEVEL OF ORDINARY SKILL IN THE ART**

13       43.       My opinion on the level of ordinary skill in the art is based upon my personal

14  knowledge and experience as well as my consideration of such things as the education and

15  experience level of persons of skill working in the field.

16       44.       In my opinion, the field of invention is DNA sequencing.  One of skill in the art

17  as of that date would have been a Ph.D. or equivalent in molecular biology or associated sciences.

18  In addition, a person of ordinary skill in the art would have had over 5 years of laboratory

19  experience.

20  **VI.  CLAIM CONSTRUCTION**

21       45.       There should not be  significant  disputes as to the meanings of the claim terms

22  of the '537 patent because the claims are all composed of standard terms known to the skilled

23  artisan.

24       46.       Further, I understand that the specification contains definitions for many of the

25  terms used in the claims.  For the purposes of this declaration, I have applied the following

26  definitions from the specification:

27
| Claim Term | Definition From '537 Patent |
|------------|------------------------------|
28

| | |
|---|---|
| nucleotide | "[A] 'nucleotide' consists of a nitrogenous base, a sugar, and one or more phosphate groups." Ex. B ('537 patent) at 4:48-49. The term nucleotide encompasses analogs and derivatives of nucleotides. *Id.* at 5:16-19. A derivative or analog of a nucleotide is molecules whose core structure is the same as, or closely resembles that of, a nucleotide, but which has a chemical or physical modification, such as a different or additional side groups, which allows the derivative nucleotide to be linked to another molecule. *Id.* at 5:1-6. |
| nucleoside | "A 'nucleoside' is structurally similar to a nucleotide, but are missing the phosphate moieties." *Id.* at 4:49-60. The term nucleoside encompasses analogs and derivatives of nucleosides. *Id.* at 5:16-19. A derivative or analog of a nucleoside is molecules whose core structure is the same as, or closely resembles that of, a nucleoside, but which has a chemical or physical modification, such as a different or additional side groups, which allows the derivative nucleoside to be linked to another molecule. *Id.* at 5:1-6. |
| protecting group | A chemical moiety that "can be removed to expose a 3′-OH group" *Id.* at 2:27-28. |

## VII.   INFRINGEMENT ANALYSIS

47.      I understand that Illumina contends that the Qiagen GeneReader product infringes claims 1-6 and 8 of the '537 patent. The GeneReader product is a laboratory sequencing instrument that was announced in November 2015. An image of the instrument is shown below:



Ex. C (GeneReader brochure) at 8.

As Qiagen explains in its GeneReader product brochure, the "GeneReader uses the highly efficient and trusted Sequencing-By-Synthesis (SBS) technology, which involves a 3 step process: extend, measure and cleave." Ex. C (GeneReader brochure) at 8. Based on my analysis, it is my opinion that the GeneReader product infringes claims 1-6 and 8 of the '537 patent.

48.    Attached to this report as Appendix 1 is a chart showing how each element of claims 1-6 and 8 is present in the GeneReader product.  Below, I explain how the GeneReader product directly infringes these claims.

**A.    Direct Infringement of Claim 1**

**1.    "A method of labeling a nucleic acid molecule comprising incorporating into the nucleic acid molecule a nucleotide or nucleoside molecule"**

49.    The GeneReader product performs a method of labeling a nucleic acid molecule by incorporating a nucleotide into the nucleic acid molecule.  As Qiagen explains in its product brochure, the "GeneReader uses the highly efficient and trusted Sequencing-By-Synthesis (SBS) technology, which involves a 3 step process: extend, measure, and cleave."  Ex. C (GeneReader brochure) at 8.  The "extend" step of the SBS process is the step in which Qiagen labels a nucleic acid molecule by incorporating a nucleotide into a nucleic acid molecule, as described above in paragraphs 32-34 and 37.  Because the nucleotide that is incorporated into the double-stranded DNA molecule is labeled, the growing double stranded DNA molecule becomes labeled.

50.    While the person of ordinary skill in the art would understand that the GeneReader product labels a nucleic acid molecule by incorporating into the nucleic acid molecule merely from the fact that Qiagen carries out four-color SBS, other resources confirm that the GeneReader carries out this process.

51.    For instance, I have reviewed Qiagen's GeneReader product manual, which states that the GeneReader uses a "unique terminator-dNTP sequencing-by-synthesis paradigm that ensures highly accurate and cost-effective NGS runs."  Ex. D (GeneReader Manual) at 20.  The manual explains that GeneReader uses "reagents containing uniquely engineered DNA bases that include a removable fluorescent dye and an end cap.  These bases attach themselves to the end of the growing strand of DNA  in accordance with the base on the complementary strand."  *Id.* at 20.  A diagram from the GeneReader manual illustrating this process is shown below:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15



Figure 1. Principle behind sequencing run on the GeneReader.

16 *Id.* at 20.

17 As the diagram states, the Qiagen GeneReader product includes a step entitled "Add labeled

18 nucleotide." Based on this evidence, it is my opinion that the GeneReader product performs a

19 method of labelling a nucleic acid in which it incorporates a nucleotide into the nucleic acid.

20      52.    As another example, I have reviewed Qiagen patent publications that purport to

21 describe the GeneReader product. An October 8, 2015 patent publication assigned to Qiagen

22 explains that the "[t]he QIAGEN GeneReader platform is a next generation sequencing (NGS)

23 platform utilizing proprietary modified nucleotides whose 3′ OH groups are reversely terminated

24 by a small moiety to perform sequencing-by-synthesis (SBS) in a massively parallel manner."

25 Ex. E (U.S. Pat. App. Pub. US 2015/0284788) ('788 Pub.) ¶ 11. The patent publication goes on

26 to explain that "sequencing templates are ... subjected to a nucleotide incorporation reaction in a

27 reaction mix that includes modified nucleotides with a cleavable 3′ blocking group that enables the

28 incorporation and specific fluorescent labels that enables detection of only one specific nucleotide

onto each sequencing template in each cycle."  *Id.*   Another Qiagen patent publication, U.S. Pat. App. Pub. US 2015/0284794 ('794 Pub.) that purports to describe the GeneReader product states that the "immobilized sequencing templates are then subjected to a nucleotide incorporation reaction in a reaction mix that contains modified nucleotides with cleavable 3' blocking group and specific fluorescent labels for each of the nucleotides A, T, C, and G."  Ex. F ('794 Pub.) ¶ 12.  As these patent publications make clear, the GeneReader product incorporates labeled nucleotides into DNA sequencing templates.

53.     As further confirmation of this, I understand that Qiagen has provided documentation illustrating the specific "Labeled Nucleotides" that they use in their product.  The Qiagen labeled nucleotides are shown below:



Based on the foregoing evidence, it is my opinion that the Qiagen GeneReader product performs a method of labeling a nucleic acid molecule by incorporating a nucleotide into the nucleic acid molecule.

### 2.     "wherein the nucleotide or nucleoside molecule has a base that is linked to a detectable label via a cleavable linker"

54.     Each of the four labeled nucleotides in Qiagen's product includes a label that is

attached to the nucleotide via a cleavable linker.  Below, for instance, I show the structure of the modified C nucleotide used in the GeneReader product:



The cleavable linker is the part of the molecule that is depicted above in blue; the label is the circled structure that is attached to the end of the linker.  The linker is a cleavable by virtue of the fact that it includes

55.     As I note above, the GeneReader brochure states that the "GeneReader uses the highly efficient and trusted Sequencing-By-Synthesis (SBS) technology, which involves a 3 step process: extend, measure, and cleave."  Ex. C (GeneReader brochure) at 8.  The "cleave" step is, in part, referring to the process of cleaving the linker so that the label is removed from the nucleotide that has been incorporated into the DNA template.  As I explain above in paragraph 38, this is done so that when the next nucleotide is incorporated into the DNA template the label from the previously incorporated nucleotide will not interfere with the signal from the label on the newly incorporated nucleotide.

56.     The use of cleavable linkers is further confirmed by the GeneReader product manual, which states that the GeneReader uses a "unique terminator-dNTP sequencing-by-synthesis paradigm that ensures highly accurate and cost-effective NGS runs."   Ex. D (GeneReader Manual) at 20.  The manual explains that GeneReader sequencing "array is exposed to cleavage chemistry to break off the fluorescent dye...."  *Id.*

57.     As set forth in the infringement claim chart in Appendix 1, Qiagen uses four different labeled nucleotides, each of which include a cleavable linker ██████████

**3.     "the nucleotide or nucleoside molecule has a ribose or deoxyribose sugar moiety, wherein the ribose or deoxyribose sugar moiety comprises a protecting group attached via the 2' or 3' oxygen atom"**

58.     The four nucleotides used in the Qiagen GeneReader product have ████████ ████████████████████████████████ Below, for instance, I show the modified C nucleotide used in the Qiagen GeneReader product, with annotations for the ███████████ ████████████



The deoxyribose sugar is the five-membered ring having an oxygen atom at the apex of the ring. Proceeding clockwise around this five-membered ring, the second vertex from the oxygen atom is the 2' carbon. Because there is no oxygen atom attached to the 2' carbon, the sugar is a deoxyribose.

59.     Proceeding clockwise around this five-membered ring, the third vertex from the oxygen atom is the 3' carbon. Attached to this carbon is an oxygen atom, which is referred to as the 3' oxygen. In nature, a hydrogen atom is attached to the 3' oxygen. When a hydrogen atom is attached to the 3' oxygen, the enzymes that are responsible for adding nucleotides to DNA templates will link up an additional nucleotide to the 3' oxygen.

1    60.    In the modified nucleotide shown above, however, ███████████
2  ████████████████████████████████████████████████████████████████████
3  ██████████████████████    While another nucleotide can be added to the 3' oxygen when a
4  hydrogen is attached to 3' oxygen, this is not the case when █████████████ attached to
5  the 3' oxygen.  The █████████████ blocks the addition of further nucleotides to the DNA
6  template, and must be removed before additional nucleotides can be added.

7    61.    As set forth in the infringement claim chart in Appendix 1, Qiagen uses four
8  different labeled nucleotides, each of which ██████████████████████████████████████
9  ███████████████████████████████

10        **4.    "said protecting group can be modified or removed to expose a 3' OH**
11              **group"**

12    62.    The ████████████ protecting group in Qiagen's labeled nucleotides can be
13  removed to expose a 3' OH group.  In particular, the group can be removed by reacting it with
14  ████████████████████████████████████████████████████████    as explained above
15  in paragraph 54.  After the reaction with TCEP, the azidomethyl group on the 3' oxygen atom is
16  replaced by a hydrogen atom.  At this point, another nucleotide can be linked to the 3' oxygen
17  atom.

18    63.    Importantly, the reaction between a █████████████████████████, and the
19  ██████████████████████    is highly efficient; it proceeds quickly and nearly to completion.
20  The reaction is highly "chemoselective" meaning, in this case, that the combination of a
21  phosphine with an organic azide (*e.g.* compounds containing azidomethyl groups) does tends not
22  to perturb other reactive chemical functionalities.  Furthermore, the reaction can be carried out
23  under conditions that are compatible with conditions that preserve the integrity of double-strand
24  DNA.  Specifically in sequencing by synthesis, removal of the azidomethyl group by treatment
25  with a phosphine such as TCEP does not cause unwanted side reactions that could damage the
26  DNA or prematurely terminate the DNA sequencing process.  Then by-products formed after the
27  reaction (*i.e.* nitrogen and TCEP-oxide) are either gases that escape the system, or water soluble
28  compounds that may be washed away from the solid phase where the sequencing by synthesis

1    (SBS) occurs.  Easy removal or by-products is important for the efficiencies of parallel, repetitive

2    processes like SBS.  These attributes allow one to perform SBS with an effectiveness that is not

3    offered by other types of protecting group chemistry.  I previously opined on secondary

4    considerations of nonobviousness of the '537 patent in IPR2013-00517, which was filed by

5    Intelligent Bio-Systems, Inc.  There, I documented the advantages of the protecting group

6    chemistry claimed in the '537 patent.  I described the long felt need for the technique of the '537

7    patent, the failure of others to achieve that technique, its unexpected properties, and the praise the

8    technique has received.  I further documented how researchers at Columbia and later IBS adopted

9    this technique.  I submit my declaration from IPR2013-00517 herewith as an exhibit to the instant

10   declaration, and incorporate my earlier opinions by reference.  *See generally* Ex. H (IPR2013-

11   00517, Ex. 2089).

12         64.    The GeneReader brochure states that the "GeneReader uses the highly efficient

13   and trusted Sequencing-By-Synthesis (SBS) technology, which involves a 3 step process: extend,

14   measure, and cleave."  Ex. C (Product Brochure) at 8.  The "cleave" step is referring not just to

15   the process of cleaving the linker so that the label is removed from the nucleotide, but also the

16   step of removing the protecting group.  As I explain above in paragraphs 40-41, the protecting

17   group prevents more than one nucleotide from being added to the template at a time, which

18   allows one to image the nucleotide without interference from another labeled nucleotide.  Once

19   the protecting group is cleaved, another nucleotide can to be added to the template so that the

20   DNA sequencing process can proceed.

21         65.    Consistent with the GeneReader brochure, Qiagen's patent publications make

22   clear that it uses nucleotides with a protecting group that can be cleaved to expose a 3' OH group.

23   For instance, one Qiagen patent publication explains that "[t]he QIAGEN GeneReader platform is

24   a next generation sequencing (NGS) platform utilizing proprietary modified nucleotides whose 3′

25   OH groups are reversely[sic] terminated by a small moiety to perform sequencing-by-synthesis

26   (SBS) in a massively parallel manner."  Ex. F ('794 Pub.) ¶ 12.  Those of skill in the art

27   understand that the reference to a 3' OH protecting group that is "reversibly terminated," is a

28   reference to a protecting group that can be cleaved to return the 3' oxygen back to its natural state

in which it is bonded to a hydrogen atom.

66.    As another example, the GeneReader product manual states that the GeneReader uses a "unique terminator-dNTP sequencing-by-synthesis paradigm that ensures highly accurate and cost-effective NGS runs."  Ex. D (GeneReader Manual) at 20.   The manual explains that GeneReader sequencing "array is exposed to cleavage chemistry to break off the fluorescent dye and end cap that will allow additional bases to be added."  *Id.*   The fact that the "cap" can be removed to "allow additional bases to be added" is consistent with the use of a removable protecting group on the 3' OH group.

### 5.    "the protecting group comprises an azido group"

67.    As I explain above in paragraph 60, the protecting group in Qiagen's labeled nucleotides is ███████████████████████████.   An azido group is a chemical group with the structure $N_3$.  As set forth in the infringement claim chart in Appendix 1, Qiagen uses four different labeled nucleotides, each of which includes ████████████ ████████████████.

### B.    Direct Infringement of Claim 2

68.    Claim 2 requires that the nucleotide incorporation is "accomplished via a terminal transferase, a polymerase or a reverse transcriptase."  Ex. B ('537 patent) at 19:62-63. Each of these things is an enzyme that can incorporate nucleotides into a pre-existing nucleic acid molecule.  In the case of the GeneReader product, a polymerase enzyme is used to incorporate the labeled nucleotide into the DNA template.

69.    This is confirmed, for instance, by the Qiagen patent publications that describe the GeneReader.   For instance, one such patent publication states that the "immobilized sequencing templates are then subjected to a nucleotide incorporation reaction in a reaction mix that includes modified nucleotides with a cleavable 3' blocking group that enables the incorporation and specific fluorescent labels that enables detection of only one specific nucleotide onto each sequencing template in each cycle; a thermostable polymerase that works with such modified nucleotides, and suitable reaction buffer."  Ex. E ('788 Pub.) ¶ 11.  The "thermostable polymerase that works with…modified nucleotides" is a DNA polymerase enzyme that

incorporates labeled nucleotides into the DNA template.

**C.**     <u>**Direct Infringement of Claim 3**</u>

70.     Claim 3 requires that the bases in the labelled nucleotide be a "deazapurine." To understand this claim element, some additional explanation is required. The four bases in DNA may be characterized as either a purine or a pyrimidine. Adenine and guanine are the purine bases, while thymine and cytosine are the pyrimidine bases. The primary distinguishing structural feature between the purines and the pyrimidines is that the purines include a chemical structure with a six-member ring fused to a five-member ring, while the pyrimidines include only a single six-member ring. A "deazapurine" is a modified purine in which a nitrogen atom that is normally present in the ring structure is replaced with a carbon atom.

71.     Both the adenine and guanine nucleotides used in the GeneReader product use bases that ███████████. Below, I show a picture of the adenine nucleotide used in the GeneReader product:



72.     The base ███████████. It includes a five-membered ring fused to a six-membered ring, which places it in the purine family. In a normal purine, the atom to which the ███████████████████████ would be a nitrogen atom. However, in the nucleotide above, ███████████████████████, which makes it a ██████

73.     As set forth in the infringement claim chart in Appendix 1, ██████████ ████████ used in the Qiagen GeneReader product also has a ████████████

**D.     Direct Infringement of Claim 4**

74.     Claim 4 requires that each of the nucleotides be a deoxyribonucleotide triphosphate.  This language requires (1) that the sugar in each nucleotide by a deoxyribose, and (2) that each nucleotide include a chain of three phosphate groups.

75.     Each of the labelled nucleotides in the Qiagen GeneReader product meets these requirements.   Below, I show the chemical structures of all four labelled nucleotides, the ████████████████████████████████████████████████████████ ██████ :



**E.     Direct Infringement of Claim 5**

76.     Claim 5 requires that the label in the nucleotide be a "fluorophore."   A fluorophore is a chemical moiety with the property that it re-emits light of when it absorbs light of a different wavelength.   In the Qiagen GeneReader product, the re-emitted light from the fluorophore is used to detect the type of nucleotide that has been added to the template during the SBS process.

77.     Below, I again show the four nucleotides that are used in the GeneReader

product, with ███████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

78.     Each of the nucleotides is named, in part, according to the fluorophore they use. The adenine nucleotide uses ████████████████. The cytosine nucleotide uses ███████████ ███████. The uracil nucleoide uses ████████████. The guanine nucleotide uses the ███████████

79.     ████████████████████████, Qiagen's patent publications confirm that the GeneReader's nucleotides use fluorophores. For instance, one such patent publication states that the "immobilized sequencing templates are then subjected to a nucleotide incorporation reaction in a reaction mix that contains modified nucleotides with cleavable 3' blocking group and specific fluorescent labels for each of the nucleotides A, T, C, and G." Ex. F ('794 Pub.) ¶ 12. Referring to fluorescent labels, this is a reference to the use of fluorophores to label the nucleotides.

80.     As another example, the user manual for the GeneReader product uses fluorescently labelled nucleotides. As the manual states, the GeneReader uses "reagents containing uniquely engineered DNA bases that include a removable fluorescent dye and an end cap." Ex. D (GeneReader Manual) at 20.

**F.**     **Direct Infringement of Claim 6**

81.     Claim 6 requires that the protecting group be $CH_2N_3$, which is commonly referred to as an "azidomethyl group."  All of the nucleotides in the GeneReader product ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  Below, I show a picture of ▮▮▮▮▮▮▮ nucleotide used in the GeneReader product, and I have labeled ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮:



82.     As set forth in the infringement claim chart in Appendix 1, Qiagen uses four different labeled nucleotides, each of which ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

**G.**     **Direct Infringement of Claim 8**

83.     Claim 8 of the '537 patent requires "detecting the detectable label and cleaving the cleavable linker."  As I note above, the GeneReader brochure states that the "GeneReader uses the highly efficient and trusted Sequencing-By-Synthesis (SBS) technology, which involves a 3 step process: extend, measure, and cleave."  Ex. C (GeneReader brochure) at 8.

84.     The "measure" step is referring to the process of reading the label of the nucleotide that is incorporated.  As I explain above in paragraphs 33-34, in SBS, the nucleotides are labelled differently so that the different kind of nucleotide that is incorporated into the template can be detected, which allows for the sequences to be determined.  This is confirmed by Qiagen's patent publications that pertain to the GeneReader.  For instance, one such publication

1    explains that "[the nucleotide incorporation reaction and subsequent labeling] enables the

2    incorporation and ***detection*** of only one specific nucleotide that reversely complements the

3    sequence on the sequencing template in each sequencing cycle and 'reading' of the nucleotide

4    sequence in the sequencing template." Ex. F ('794 Pub.) ¶ 12 (emphasis added).

5        85.    The "cleave" step is, in part, referring to the process of cleaving the linker so that

6    the label is removed from the nucleotide that has been incorporated into the DNA template. As I

7    explain above in paragraph 38, this is done so that when the next nucleotide is incorporated into

8    the DNA template the label from the previously incorporated nucleotide is will not interfere with

9    the signal from the label on the newly incorporated nucleotide.

10       86.    The GeneReader product manual further confirms that the GeneReader detects

11   the label and cleaves the cleavable linker. As to the detection step, the product manual states that

12   the sequencing array "is scanned by a high-resolution electronic camera and the fluorescent

13   output of each of the four dye colors at each array position is ***measured and recorded***. The color

14   indicates which base (A, C, G or T) was incorporated onto the DNA fragment from the previous

15   step." Ex. D (GeneReader Manual) at 20 (emphasis added). Then with regard to cleaving the

16   cleavable linker, the manual states that "the array is exposed to ***cleavage chemistry*** to break off

17   the fluorescent dye and end cap that will then allow additional bases to be added." *Id.* at 20. This

18   latter process is shown below in the figure from the GeneReader product manual labeled

19   "Remove terminator":

20

21

22

23

24

25

26

27

28

Figure 1. Principle behind sequencing run on the GeneReader.

*Id.* at 20.

87.     Based on the disclosure in the product manual, it is my opinion that this claim element is satisfied.

## VIII.  COMPENSATION

88.     My compensation for consulting on this matter is $450 per hour. My compensation does not depend on the outcome of this dispute.

1         I confirm that the contents of this Declaration are true to the best of my knowledge and

2    belief insofar as it states facts and that it contains my honest opinions on the matters upon which I

3    have been asked to give them.

4         I declare under penalty of perjury under the laws of the United States of America that the

5    foregoing is true and correct.

6

7

8    Dated:  May 23, 2016

9

10             KEVIN BURGESS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28