UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC and ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> QIAGEN, N.V. <br> QIAGEN GmbH <br> QIAGEN Gaithersburg, Inc. <br> QIAGEN Sciences, LLC <br> QIAGEN Inc. (USA) <br> QIAGEN Redwood City, Inc. <br> Intelligent Bio-Systems, Inc. <br><br> Defendants. | Case No. 3:16-cv-02788-WHA <br><br> **DECLARATION OF MARK VAN OENE IN SUPPORT OF ILLUMINA'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> REDACTED |

DECLARATION OF MARK VAN OENE IN SUPPORT
OF MOTION FOR PRELIMINARY INJUNCTION

1. I, Mark Van Oene, have personal knowledge of the following facts, or believe them to be true based upon information provided to me by others and a reasonable investigation. I would testify that the below facts are true and correct to the best of my knowledge if called upon to do so.

2. This declaration includes facts known to me at the time of declaration. I reserve the right to supplement or amend in the future, including through testimony given at deposition or trial.

I. **BACKGROUND**

3. I was promoted last month to Senior Vice President of Americas Commercial Operations at Illumina, Inc. after serving as the Vice President of Americas Commercial Operations since January 2014. Before that, I was Vice President of Worldwide Sales. I served Illumina, Inc. in that capacity, starting in January 2012.

4. I am aware that Illumina Cambridge LTD. ("Illumina Cambridge") owns the rights to U.S. Pat. No. 7,566,537 ("the '537 patent"). I am also aware that Illumina, Inc. is the exclusive licensee to the '537 patent. Both Illumina Cambridge and Illumina Inc. have a role in selling sequencing products in the United States. Specifically, the companies operate under a toll manufacturing model whereby Illumina Cambridge owns product inventory in the United States and sells products to Illumina Inc. through a flash title transfer. Illumina Inc. then resells the sequencing products to our United States customers and is the exclusive distributor for Illumina Cambridge. Both parties share profits earned from the sale of sequencing instruments. Unless I note otherwise, I refer to both parties collectively as "Illumina."

5. In the course of my duties, I am familiar with the marketing and sales of Illumina products, including its DNA sequencing instruments. I am familiar specifically with trends in demand for next-generation sequencing, or "NGS" instruments. I am knowledgeable about industry trends in general but also specifically about Illumina's competitors, Illumina's target customers, and customer purchasing habits unique to this industry.

6. I obtained a Bachelor of Science degree at The University of Western Ontario in 1995.

7.   I started working at Illumina in January 2006 and led sales in both Canada and the United States before moving into my prior role as Vice Preside of Worldwide Sales. Prior to Illumina, I was the Director of Genotyping Services at Ellipsis Biotherapeutics, where I led both the laboratory and commercial operations for their services business.

## II.   SEQUENCING BY SYNTHESIS TECHNOLOGY

8.   Illumina revolutionized the genetics field by commercializing a very successful method of DNA sequencing known as "sequencing by synthesis." This is often referred to generally as "SBS" technology.

9.   I understand that the '537 patent is the patent at issue in this case and that it is directed to a "method of labeling a nucleic acid molecule."

## III.   ILLUMINA'S SEQUENCING PRODUCTS

10.   Over the last decade, Illumina has established SBS as the premier DNA sequencing method in terms of efficiency, accuracy, and reliability. In 2014, Illumina showed how its SBS technology could be used to achieve the biotechnological milestone of sequencing the genetic code of a single human being for only $1,000.

11.   In 2014, Forbes Magazine published an article that described the major impact of Illumina's achievement:

> It's a milestone of huge psychological importance for the scientists who study human genetics and the industry of biotechnology companies creating new diagnostic tests and drugs using the technology. Initially, the number was put out there by researchers as kind of a thought experiment, or a mythic totem. Less than a decade ago, the cost of decoding a human genome was $250,000, but thanks in part to Illumina, the efficiency of the machines has risen at an exponential rate, outpacing the famous Moore's Law that describes the improvement of the semiconductor chips used in supercomputers.

Ex. A ("The $1,000 Genome Arrives – For Real, This Time," Forbes (Jan. 14, 2014)).

12.   Today, because of its proprietary SBS technology, Illumina is the leading supplier of NGS instruments. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. B [Next Generation Sequencing (NGS) Market Size, Growth and Trends (2011-2019), Decisive Bio-Insights (Nov. 3, 2015) ("DeciBio report")] at 18.

13. Illumina has several desktop sequencing products, including for example the Illumina MiniSeq System ("MiniSeq"), the Illumina NextSeq Series ("NextSeq"), the Illumina MiSeq System ("MiSeq"), and the Illumina MiSeqDX System ("MiSeqDx"). The MiniSeq was launched in January 2016, the NextSeq in January 2014, and the MiSeq in 2011. The MiSeqDX, which has all the capabilities of the MiSeq but is more specifically targeted for use in clinical laboratories, was launched two years after the MiSeq, in 2013. I refer to these products collectively as Illumina's "benchtop sequencers." These benchtop sequencers all use Illumina's proprietary SBS chemistry.

14. The MiniSeq is a benchtop sequencer that provides more affordable, streamlined workflow than other sequencing technology. The MiniSeq is a more compact, accessible desktop device ideal for clinical settings. Historically, Illumina sequencing products, such as the HiSeq series, were typically larger and marketed to large-scale research facilities or larger diagnostic laboratories. With the MiniSeq, Illumina has integrated for the first time in a single sequencing instrument the tools for every step of the sequencing process from library preparation through sequencing and data analysis. In this way, the MiniSeq offers customers an easy-to-use, "load and go" solution for their sequencing needs. The MiniSeq is ideal for examining single genes or entire pathways. An image of the MiniSeq appears below:



Ex. C (MiniSeq brochure) at 2.

15.     The NextSeq 500 is another, slightly more expensive desktop sequencer designed for higher volume sequencing. The NextSeq 500 also integrates in a single instrument the tools for many steps of the sequencing process, including for example bioinformatics, the final step of analyzing the sequencing patterns to provide information that is useful to a clinical diagnostic laboratory. The NextSeq 500 simplifies the sequencing process and makes SBS technology approachable for "everyday genomics." Ex. D (Sequencing Systems brochure) at 8. An image of the NextSeq 500 appears below:



Ex. D (Sequencing Systems brochure) at 6.

16.     The MiSeq is one of our first benchtop sequencing products. The MiSeq is ideal for targeted and small-genome sequencing. By integrating various steps of the sequencing process into one instrument, the MiSeq also offers clinical customers an "end to end" solution for their sequencing needs. An image of the MiSeq appears below:



Ex. D (Sequencing Systems brochure) at 4.

17. The MiSeqDX has all the capabilities of the MiSeq but is specifically designed for clinical laboratories that perform screening and diagnostic testing. It is the first FDA-approved *in vitro* diagnostic NGS system on the market. It offers a small footprint, an easy to follow workflow, and data output tailored to the needs of clinical laboratories. An image of the MiSeqDX appears below:

Ex. D (Sequencing Systems brochure) at 4.

18. A key target for Illumina's benchtop sequencers are clinical laboratories, which have a need for approachable desktop sequencing technology.

19. Illumina's NGS products are the primary driver of Illumina's annual revenues. Sequencing instruments, consumables used with the instruments, and related products contributed ▉▉▉▉▉▉▉▉▉ Illumina's 2015 annual revenues. MiSeq (including MiSeq DX), NextSeq, their consumables, and related products accounted for ▉▉▉▉▉▉▉▉ the total sequencing products sold by Illumina in 2015. Illumina has invested ▉▉▉▉▉▉▉▉▉▉ in research and development of SBS technology since 2011. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

20. The quality and reputation of Illumina's SBS technology is important. Quality SBS technology is an important driver of customer demand because it is recognized for its ease of use, efficiency, cost, speed, and accuracy. Qiagen itself advertises that its sole sequencing product, the GeneReader, referenced below, relies on the "trusted SBS technology," which implies that SBS technology is a selling point and a driver for customer demand in the sequencing instrument space. Ex. F (GeneReader brochure) at 8. On Qiagen's website, the first line of what it describes as the "principle" of the GeneReader states: "The GeneReader is designed to perform next-generation sequencing (NGS) applications *by integrating highly parallel fluorescence-based sequencing chemistry* with detection of the corresponding fluorescent signal templates." Ex. G (Qiagen GeneReader Website, accessed May 9, 2016, *available at* https://www.qiagen.com/us/shop/sequencing/next-gen-sequencing/qiagen-genereader/#productdetails) (emphasis added) ("GeneReader Website"). This section of the website goes on to describe the sequencing method, confirming Qiagen's intent that the sequencing technology will drive demand for the GeneReader:

> The GeneReader sequencing chemistry consists of a unique terminator-dNTP *sequencing-by-synthesis paradigm* that ensures highly accurate and cost-effective NGS runs ... To read out the sequence of each of the beads, the array of fragments is first subjected to reagents containing uniquely engineered DNA bases that include a removable fluorescent dye and an end cap. These bases attach themselves to the end of the growing strand of DNA in accordance with the base

on the complementary strand. The array is scanned by a high-resolution electronic camera and the fluorescent output of each of the four dye colors at each array position is measured and recorded. The color indicates which base (A, C, G or T) was incorporated onto the DNA fragment from the previous step. Finally, the array is exposed to cleavage chemistry to break off the fluorescent dye and end cap that will then allow additional bases to be added. This cycle is then repeated on the GeneReader.

Ex. G (GeneReader Website) (emphasis added).

## IV. OVERVIEW OF THE PURCHASING ENVIRONMENT FOR SEQUENCING INSTRUMENTS

21. The following is an overview of the current purchasing environment for sequencing instruments.

### A. The Use Of NGS Instruments Is Rapidly Expanding.

22. The use of NGS instruments is expanding rapidly due to the increasing demand for desktop sequencers in clinical fields. In November 2015, NGS was named ■■■ ■■■ Ex. B (DeciBio report) at 3. "■■■" was named as a major factor driving future growth. *Id.* at 3.

23. The Federal Drug Administration published a white paper in which it described the impact NGS technologies are having on clinical laboratories and personalized medicine:

> Reliable and accurate NGS technologies promise to accelerate "personalized" or "precision" medicine, the tailoring of medical treatment to the individual characteristics of each patient. Unlike other laboratory tests that typically detect a single or a defined number of substances to diagnose a limited set of conditions, a single NGS test can identify thousands -- even millions -- of genetic variants and the results of that test could be used to diagnose or predict an individual's risk of developing many different conditions or diseases. NGS technologies are used extensively in research and are rapidly entering clinical practice.

Ex. H ("Optimizing FDA's Regulatory Oversight of Next Generation Sequencing Diagnostic Tests—Preliminary Discussion Paper," FDA Conference White Paper (Dec. 2014), *available at* http://www.fda.gov/downloads/MedicalDevices/NewsEvents/WorkshopsConferences/UCM427869.pdf).

### B. Sales Growth Depends On Adoption By Clinical Laboratory Customers.

24. Illumina markets and sells sequencing products to diverse customers, including academia, biopharma, applied markets, and clinical laboratories. Over the next few years, however, we expect to see the greatest growth in demand from clinical customers. Clinical customers are typically clinical institutions running patient samples. Examples of clinical customers include ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ex. B (DeciBio report) at 10.

25. Industry experts agree that clinical laboratories are a promising source of short and long term growth. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. *Id.* at 14.

26. According to industry experts, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Ex. B (DeciBio report) at 14. Another factor driving growth will be ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Id.* at 10.

### C. Qiagen's Role In The Clinical Field.

27. Qiagen has a built-in advantage in access to many clinical customers. Because Qiagen already widely markets related products to clinical customers, such as the kits used to extract DNA from blood samples, Qiagen already has relationships with them. Qiagen may be able to use these preexisting relationships to sell its product.

28. Qiagen also has an advantage because clinical laboratory customers normally do not have the incentive or resources to become experts in DNA sequencing. This is supported by industry reports, which indicate that clinical customers replace instruments on average every three to five years, which gives instruments in these settings a longer lifespan than in other customer

settings. *Id.* at 15. First contact with these clinical customers due to pre-existing relationships can be important, because they are not as likely to learn proactively about alternatives and to appreciate the benefits of superior products.

D.     **Regulatory Requirements In The Clinical Field.**

29.     Regulatory reporting requirements in the United States create disincentives for our U.S. clinical customers to frequently change their instruments. Under the Clinical Laboratory Improvement Amendments of 1988 (CLIA), the Center for Medicare and Medicaid Services (CMS) requires that, at least every two years, clinics in the United States obtain certification to operate an NGS system in a clinical application setting. *See* 42 U.S.C. § 263a(b). To obtain certification, the U.S. clinical laboratory must, among other reporting requirements, describe the method used in certain procedures, including for the purposes of NGS technology, the type of sequencing instrument being run in the laboratory. *See* 42 U.S.C. § 263a(b). If the laboratory makes changes in the procedures, including changing the make and model of the instrument or the type of reagent used, it must report this to the state before the change. *See* 42 U.S.C. § 263a(d)(2)(B). Therefore, each time a clinical laboratory in the United States installs a new NGS instrument or substantially changes the way the instrument is run, it must seek a new certification or, in the case of a substantial change, provide formal written notice before the change. Aside from this, clinical laboratories in the United States must often comply with independent state regulations which often entail their own reporting and registration requirements. These regulatory barriers discourage clinical laboratories from frequently changing their instrument technology.

V.     **IF QIAGEN WERE PERMITTED TO INTRODUCE THE GENEREADER AS PLANNED, THERE WOULD BE A SUBSTANTIAL RISK ILLUMINA WOULD SUFFER IRREPARABLE HARM**

A.     **If Qiagen Follows Through On Its Public Statements Successfully, The GeneReader Poses A Competitive Threat To Illumina Products.**

30.     As a member of the industry and due to my role at Illumina, I am familiar with Qiagen and the marketing and sales of Qiagen products. It is well known throughout the industry

that Qiagen has been seeking to become a provider of SBS since at least 2012, when it acquired Intelligent Bio-Systems, Inc. ("IBS"), a start-up company that had been engaged in development of a competing SBS platform.

31. After years of stops and starts, Qiagen announced its GeneReader NGS System (the "GeneReader") in November 2015. Many people in the industry recognized it as imitative of Illumina desktop sequencing products. For example, one industry news organization reported right after the November launch that "[u]nder the hood, the GeneReader runs on very familiar technology. The sequencing-by-synthesis method QIAGEN inherited from Intelligent Biosystems works the same way as Illumina's machines, flooding the sample DNA with fluorescently labeled nucleotides and imaging the results." Ex. I ["QIAGEN Releases GeneReader for Clinical Sequencing in Cancer," Bio-IT World (Nov. 9. 2015)]. Qiagen does not shy away from the fact that its product uses the SBS method that Illumina has established as the most reliable, accurate and cost-efficient sequencing method. One of its very own brochures states that "GeneReader uses the highly efficient and *trusted* Sequencing-By-Synthesis (SBS) technology, which involves a 3 step process: extend, measure, and cleave." Ex. F (GeneReader brochure) at 8 (emphasis added). Since Qiagen launched the GeneReader, Qiagen has competed with Illumina by selling sequencing instruments and related consumables.

32. Qiagen's recently-released GeneReader product competes directly with Illumina's desktop (or "benchtop") sequencing products, particularly the Illumina MiSeq Series, the Illumina NextSeq Series, and the Illumina MiniSeq System (collectively "Illumina's benchtop sequencers"). The GeneReader and Illumina's benchtop sequencers are all smaller than other production-scale sequencers and are able to fit on a desktop (see images above). The GeneReader and Illumina's benchtop sequencers offer consumers a more affordable option compared to other production-scale sequencers on the market. Qiagen advertises through its brochure that the GeneReader offers "[g]uaranteed results with *predictable costs*: Innovative commercial models such as price-per insight options offer *better cost management* and *low initial investment* hurdles." Ex. F (GeneReader brochure) at 3 (emphasis added). Illumina markets its benchtop sequencers similarly.

For example, one Illumina brochure states that the MiniSeq is "cost efficient to run and affordable to acquire":



Ex. D ( Sequencing Systems brochure) at 4 (emphasis added).

33. The GeneReader (as it is marketed) and Illumina's benchtop sequencers also offer a more streamlined and less-fragmented sequencing workflow than other NGS instruments by integrating various steps of the sequencing process, up through bioinformatics, in a streamlined solution that is user-controlled. The GeneReader brochure states that "many barriers still exist, such as *high cost, fragmented workflow and ensuring actionable data* . . . QIAGEN's GR [GeneReader] NGS system *standardizes your workflow* to quickly and accurately identify the genetic markers associated with approved therapies." Ex. F (GeneReader brochure) at 3 (emphasis added). It also states that, with the GeneReader, customers can "[p]lan [s]equencing runs according to your lab's schedules. The GeneReader is always available for you and will grow with your sequencing demands." *Id.* at 8. Illumina advertises its benchtop sequencers similarly. The NextSeq 500 is advertised as offering "streamlined NGS workflows" capable of turning exome, transcriptome, and whole-genome sequencing into "everyday research tools":



Ex. D (Illumina Sequencing Systems Brochure) at 5. Illumina emphasizes this integration on the MiSeq webpage:

Ex. J (Illumina MiSeq System web page *available at* http://www.illumina.com/systems/miseq/system.html)

34. Marketing for the GeneReader and Illumina's benchtop sequencers emphasizes that these sequencing systems allow consumers to rely on either Qiagen or Illumina as a "one-stop shop" for all their sequencing needs. The GeneReader tagline from the brochure reads: "One Workflow. **One Partner.** Actionable Insights." Ex. F (GeneReader brochure) at 1 (emphasis added). The brochure also advertises: "[b]enefit from *single vendor* service for your complete NGS workflow with a single contract from your NGS partner, QIAGEN." *Id.* at 11. Similarly, Illumina's Sequencing Systems brochure advertises all our benchtop sequencers as offering **"[o]ne seamless process. One complete resource."** (Ex. D (Sequencing Systems brochure) at 15 (emphasis added)).

35. The GeneReader and Illumina's benchtop sequencers both offer data analysis software to accompany the actual sequencing instrument. The Qiagen brochure states: "[t]he QIAGEN Clinical Insight (QCI™) platform offers all the tools you need to guide your NGS data analysis and interpretation. QCI consists of two components: QCI Analyze and QCI Interpret, which together help you to extract the greatest value from your NGS assays. . . . QCI Analyze fully complements the GeneReader, from the setup of sequencing reactions to the automated analysis of sequencing results." Ex. F (GeneReader brochure) at 9. Illumina similarly offers a variety of bioinformatics software to run with its benchtop sequencers. For example, the MiSeq runs through BaseSpace Sequence Hub, Illumina's cloud-based interface, the analytical software tool MiSeq Reporter Software. Ex. J (Illumina MiSeq System web page *available at* <http://www.illumina.com/systems/miseq/system.html>). As another example, the MiniSeq runs a software program called Local Run Manager. Ex. C (MiniSeq brochure) at 5.

36. The GeneReader and Illumina's benchtop sequencers are marketed with peripheral training and support services alongside the sale of the actual instrument, further compounding the "ripple" effect of a single lost sale. The GeneReader brochure states: "We offer a complete package for ***installation, training, and post-installation*** services with the GeneReader NGS system and ancillary equipment . . . Depending on your needs, we also offer in-depth training in NGS." Ex. F (GeneReader brochure) at 11(emphasis added). Illumina's Sequencing Systems brochure advertises that we "host user group meetings, symposia, consortia, online forums, and other initiatives," and offer "on-site ***training, ongoing support, and phone consults***" as well as webinars and courses. Ex. D (Sequencing Systems brochure) at 16 (emphasis added). When Qiagen sells a GeneReader, these complementary services compound the harmful effect on Illumina because they inculcate Qiagen brand loyalty that Illumina could otherwise capture.

37. The GeneReader and Illumina's benchtop sequencers are marketed primarily to clinical laboratory customers. The Qiagen GeneReader brochure states that the "QIAGEN NGS Target Enrichment panels are purpose-built ***for clinical research labs***, designed to identify critical and meaningful variants in actionable genes." Ex. F (GeneReader brochure) at 5) (emphasis added). Qiagen's CEO Peer Schatz also made several statements made during Qiagen's first

quarter earnings call on April 27, 2016 that confirms their market outreach has targeted clinical research labs. Marketing materials for Illumina's benchtop sequencers indicate that clinical laboratories are also our primary target customers. The page on which the MiniSeq and the MiSeq appear in our Sequencing Systems portfolio advertises that we have systems "for every application, *for every lab.*" Ex. D (Sequencing Systems brochure) at 4 (emphasis added).

**B.     Qiagen Claims That The GeneReader Is Gaining Traction.**

38.     Although there were no initial reports of sales in the immediate wake of the November announcement, Qiagen's commercialization apparently has picked up in 2016. While it was unclear if Qiagen was successfully introducing products into the United States immediately after the launch announcements, it has recently been reported that Qiagen is doing so. Qiagen's CEO Mr. Schatz stated on April 28, 2016, during its first quarter 2016 earnings call, that the GeneReader has already received positive customer feedback and industry praise, underscoring that the GeneReader apparently poses the risk of irreparable harm to Illumina's brand recognition and market position:

- "Following the start of commercialization of AMP Conference in November , [Qiagen has] seen a broad and *strong* response from customers." Ex. K (Earnings Call Transcript) at 5 (emphasis added).

- "[O]n the GeneReader. We will - - we said we would give further color on the success and the progress in this area later in the year. We said that the uptake is much broader and *much faster* than what we initially had anticipated and put in our plan. *We expect that trend to continue."* Id. at 16 (emphasis added).

- "[The price per insight model] is something that is driving a lot of customers to look at [the GeneReader] and see this as a really viable option." Id. at 12.

- "[W]e have been getting great feedback in the meantime from many test accounts and many early adopters already." Id. at 14.

- "QIAGEN is very welcomed into this market with the approach we are taking." Id. at 15.

- "The positive feedback to our offering is building momentum." Id. at 6.

39. Qiagen's April 28, 2016 press release following its first quarter 2016 financial results echoed this by stating that the "GeneReader is gaining recognition as a highly efficient, user-friendly solution to address fragmented NGS workflows." Ex. L (Qiagen First Quarter 2016 Press Release) at 4.

40. Qiagen also reported that actual market implementation of the GeneReader has exceeded expectations and Qiagen is making efforts to accelerate adoption and increase revenues:

- "[B]y creating the simplicity or allowing the simplicity and the pathway to profitable economics for a laboratory to be visible, this has allowed people that I wouldn't even call early adopters, but people who were just in the right phase in their decision-making process to step in . . . We expect this to accelerate going forward." Ex. K (Earnings Call Transcript) at 14.

- "Initial system placements [for the GeneReader] surpassed internal expectations for" the first quarter of 2016. Ex. M at 1 ("Qiagen N.V. 1Q16 Review" JP Morgan ("JP Morgan Report") (April 27, 2016).

- Qiagen referred to the GeneReader as a "growth driver" in 2016." Ex. L (Qiagen First Quarter 2016 Press Release) at 1.

- Management projected that sales related to NGS could reach "triple-digits" in 2016. Ex. M at 2 ("Qiagen N.V. 1Q16 Review" JP Morgan ("JP Morgan Report") (April 27, 2016).

- "[W]e are targeting to gain a double-digit share of the benchtop sequencing market for targeted panels, primarily in cancer clinical research." Ex. K (Earnings Call Transcript) at 5. "[I]t is a very doable number for us. And, yes, we are on that trajectory. And we feel very confident also that the pipeline and the commitments and also the indications that we are receiving will allow us to get there." *Id.* at 17.

- "[I]t's not a blip. It is the beginning of a trajectory and one that we feel very confident about. And the message is resonating." *Id.* at 15.

41. Qiagen plans to continue this market penetration:

DECLARATION OF MARK VAN OENE IN SUPPORT
OF MOTION FOR PRELIMINARY INJUNCTION          16

- "Our top priority in 2016 is to develop this opportunity and secure system placements [of the GeneReader]." Ex. K (Earnings Call Transcript) at 5.
- In first quarter of 2016, "R&D investments were slightly higher as a percentage of sales as we freed up resources to redeploy to projects such as content menu on the GeneReader NGS system." *Id.* at 8.
- "[Expenses] are more weighted to the first half of 2016 than in 2015. This was due to our decision to accelerate operating expenditures significantly faster than sales growth in this period. This involves plans such as. . . step-up commercialization initiatives, such as for the GeneReader." *Id.* at 9.
- "[T]his has been a significant investment phase. It's an important product for us. And the first feedback is very positive." *Id.* at 17.

C.  **If Qiagen Were Permitted To Launch Full Commercialization Of The GeneReader, There Is A Substantial Risk That Illumina Will Incur Eroded Market Share And Lost Business Opportunities.**

42. As explained above, between today and 2019, demand for NGS instruments from clinical laboratory customers is predicted to be the greatest driver for sales and revenue growth in the industry.

43. Qiagen has made clear that its primary target for the GeneReader is clinical laboratories, which threatens Illumina's market share in this space:

- "[T]he GeneReader NGS system is a system targeting *clinical* research and diagnostics." Ex. K (Earnings Call Transcript) at 13 (emphasis added).
- "[The GeneReader] is a complete system design to meet and manage the needs of *clinical* customers wanting to use the NGS technology for gene panel analysis." *Id.* at 5 (emphasis added).
- "[M]any labs offering NGS are processing only about 10 samples on average per week for gene panels. But, the anticipated growth in GeneReader is optimally designed to help them prepare and absorb the demand." *Id.* at 6.
- "GeneReader provides a way to generate valuable and actionable *clinical* insights to guide treatment decisions." *Id.* at 6 (emphasis added).

- "We see that GeneReader's hit the right nerve for customers and clinical research and diagnostics who are looking for a complete and flexible solution which provides high utility insights at attractive costs, can scale as volumes grow, and is embedded with a strong service and support network that addresses the highest standards." *Id.* at 5.

- "[A]lmost every pathology lab or any clinical research lab around the world is a customer of ours. And so, we do have relationships. And there is a recognition of the brand equity." *Id.* at 14.

- "Labs who are actually using this as a tool . . . want to have something that works and works very reliably and creates utility for them. And that's something that our solutions cater to. It is a new value proposition and one that is resonating very well with a different market segment than the ones that were traditionally very focused on in terms of seeing trends." *Id.* at 19.

- ███████████████████████████████████████
  ███████████████████████████████████████
  ███████████████████ Ex. B (DeciBio report) at 58.

44. Qiagen's primary target customers therefore directly overlap with Illumina's target customers. Given the unique factors about clinical customers that above, there is substantial risk that Qiagen's introduction of GeneReader, if permitted, would cause Illumina loss of potential market share and lost opportunities to build brand reputation in the clinical laboratory space.

45. If the GeneReader is marketed and sold as Qiagen plans, there is also a substantial risk that Illumina will feel pressure to irreversibly discount prices on Illumina benchtop sequencers. Qiagen has introduced with the GeneReader an alternative pricing model called "price per insight" whereby customers pay per sequencing run rather than the classic pricing structure where customers pay for the instruments and reagents. The pressure to compete with this alternative model creates a substantial risk that Illumina will be forced to change our own pricing structures. This harm would be irreversible and irreparable, because the impact of overhauling our pricing structure cannot be easily quantified.

46. The types of injuries I discuss are irreparable because, at this stage in particular, it would be difficult to comprehensively quantify losses in reputation, market share, lost business opportunities, cost of sales, or the impact of pricing pressures. For example, losing business opportunities is different from losing sales in an ordinary market environment. In an ordinary market, records of past revenues help quantify the injury. But, with regard to lost business opportunities that Illumina could have had but did not as a result of infringement, there are likely to be no financial records that would help quantify the harm since these would be new customer relationships in a nascent market. Likewise, it would be difficult to trace and quantify by reviewing financial records the effects of damage to our market reputation. It is especially difficult to capture the full scope of these types of losses when the market is at this sensitive time of growth. This is why there is a substantial risk that these harms would be irreparable.

47. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Dated: May 23, 2016

_____
MARK VAN OENE