| | |
|---|---|
| John L. Cooper (SBN 50324)<br>  jcooper@fbm.com<br>Jeffrey M. Fisher (SBN 155284)<br>  jfisher@fbm.com<br>Winston Liaw (State Bar No. 273899)<br>  wliaw@fbm.com<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Telephone:  (415) 954-4400<br>Facsimile:   (415) 954-4480<br><br>*Attorneys for Defendants QIAGEN, N.V.,<br>QIAGEN GmbH, QIAGEN Gaithersburg, Inc.,<br>QIAGEN Sciences, LLC, QIAGEN Inc. (USA),<br>QIAGEN Redwood City, Inc., and<br>Intelligent Bio-Systems, Inc.* | Edward R. Reines (SBN 135960)<br>  edward.reines@weil.com<br>Derek C. Walter (SBN 246322)<br>  derek.walter@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065<br>Telephone: (650) 802-3000<br>Facsimile:  (650) 802-3100<br><br>*Attorneys for Plaintiffs Illumina, Inc. and<br>Illumina Cambridge Ltd.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC., and ILLUMINA CAMBRIDGE LTD.,<br><br>                                  Plaintiffs,<br><br>    v.<br><br>QIAGEN N.V., QIAGEN GmbH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., and INTELLIGENT BIO-SYSTEMS, INC.,<br><br>                                  Defendants. | Case No. 3:16-cv-02788<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULE FOR MOTION TO TRANSFER, MOTION TO DISMISS, MOTION FOR PRELIMINARY INJUNCTION, AND RESPONSE TO COMPLAINT** |

WHEREAS, on May 24, 2016, Illumina, Inc. and Illumina Cambridge Ltd. (together, "Illumina") filed its Complaint [Dkt. No. 1] and Motion for Preliminary Injunction [Dkt. No. 13] against defendants QIAGEN N.V., QIAGEN GmbH, QIAGEN Gaithersburg, Inc., QIAGEN Sciences, LLC, QIAGEN Inc. (USA), QIAGEN Redwood City, Inc., and Intelligent Bio-Systems, Inc. (together, "QIAGEN");

1

Stip. and [Proposed] Order for Exten. of Time to Resp. to Compl. and Mot. for Prelim. Injunc.: Case No. 3:16-cv-02788

WHEREAS, the parties stipulated and the Court ordered that the deadline for QIAGEN to respond to Illumina's Complaint and Motion for Preliminary Injunction be extended until and including June 17, 2016 to allow the parties time to engage in further discussions regarding the efficient resolution of the parties' disputes;

WHEREAS, the parties have previously jointly filed a Notice of Pendency of a Related Case [Dkt. No. 27], notifying the Court of the case *Tr. of Columbia Univ. in the City of N.Y. v. Illumina, Inc.*, No. 12-cv-0376 (U.S.D.C. D. Del.) (Sleet, J.), and the intention of the QIAGEN defendants to move to transfer this case to the District of Delaware;

WHEREAS, the QIAGEN defendants except for QIAGEN N.V. have now filed a motion to transfer this matter to the District of Delaware [Dkt. No. 29], and QIAGEN N.V. intends to file on or before June 16, 2016, a motion to dismiss QIAGEN N.V. from this case for lack of personal jurisdiction;

WHEREAS, Illumina intends to oppose these motions;

NOW THEREFORE, the parties HEREBY STIPULATE AND AGREE, subject to the approval and order of the Court, as follows:

1. **Motion to Transfer**
    a. The QIAGEN defendants filed their motion on June 14, 2016.
    b. Illumina shall file its opposition on or before June 27, 2016.
    c. QIAGEN shall file its reply on or before July 1, 2016.
    d. The parties respectfully request that, if the Court plans to hold a hearing for this motion, that it be set for July 14, 2016,[1] or on such other date that week convenient to the Court.

2. **Motion to Dismiss QIAGEN N.V. for Lack of Personal Jurisdiction**
    a. QIAGEN N.V. shall file its motion on or before June 16, 2016.
    b. Illumina shall file its opposition on or before June 27, 2016.

---

[1] Pursuant to Local Rule 7-2(a), in its motion to transfer, QIAGEN noticed the hearing date for July 21, 2016. By this stipulation, the parties respectfully request that the hearing date be moved to July 14, 2016.

2

Stip. and [Proposed] Order for Exten. of Time to Resp. to Compl. and Mot. for Prelim. Injunc.: Case No. 3:16-cv-02788

c.    QIAGEN N.V. shall file its reply on or before <u>July 1, 2016</u>, except that if QIAGEN believes that it will be filing an additional declaration or declarations with its Reply, it shall notify the Court and Illumina by June 30, and Illumina agrees that QIAGEN's Reply in such a circumstance is due on or before <u>July 6, 2016</u>.

d.    The parties respectfully request that, if the Court plans to hold a hearing for this motion, that it be set for <u>July 14, 2016</u>,[2] or on such other date that week convenient to the Court.

### 3. Answers to Complaint

a.    Reserving all defenses they may have, the QIAGEN defendants other than QIAGEN N.V. will limit their response to the Complaint to an answer, affirmative defenses, and any counterclaims, and such answers to the complaint will be due on the day that is 7 business days after the Court's decision on QIAGEN's Motion to Transfer.

### 4. Motion for Preliminary Injunction

a.    If the Court has not granted QIAGEN's motion to transfer as of July 25, 2016, QIAGEN shall file its opposition on or before <u>July 25, 2016</u>, and Illumina shall file its reply on or before <u>August 12, 2016</u>. QIAGEN has the right to depose Illumina witnesses who submit declarations with Illumina's reply, and to submit to the Court by <u>August 18, 2016</u>, designations of such deposition testimony with a concise statement of the relevance of such designations to the matters before the Court.

b.    If this case is transferred to Delaware, and the parties have not completed the preliminary injunction briefing yet, they will diligently negotiate a schedule for the prompt completion of briefing in Delaware.

---

[2] Pursuant to Local Rule 7-2(a), in its motion to dismiss, QIAGEN N.V. will notice the hearing date for July 21, 2016. By this stipulation, the parties respectfully request that the hearing date be moved to July 14, 2016.

3

Stip. and [Proposed] Order for Exten. of Time to Resp. to Compl. and Mot. for Prelim. Injunc.: Case No. 3:16-cv-02788

5. **Continuance of Noticed Hearing Date under Civil Local Rule 7-7**

   a. Pursuant to Civil Local Rule 7-7, Illumina hereby requests to continue the originally noticed hearing date of July 21, 2016 for its preliminary injunction motion to <u>Thursday, August 25, 2016 at 8:00 A.M</u>.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 16, 2016 | FARELLA BRAUN & MARTEL LLP |
| I, John L. Cooper, represent that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on this document. | /s/ *John L. Cooper* <br> John L. Cooper <br><br> Attorneys For Defendants <br> QIAGEN, N.V., QIAGEN GMBH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., AND INTELLIGENT BIO-SYSTEMS, INC. <br><br> WEIL, GOTSHAL & MANGES LLP <br><br> /s/ *Edward R. Reines* <br> Edward R. Reines <br><br> Attorneys for Plaintiffs <br> ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD. |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Date: June 20, 2016.

_____
THE HONORABLE WILLIAM H. ALSUP

4

Stip. and [Proposed] Order for Exten. of Time to Resp. to Compl. and Mot. for Prelim. Injunc.: Case No. 3:16-cv-02788