IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., and ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> QIAGEN, N.V., QIAGEN GmbH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., and INTELLIGENT BIO-SYSTEMS, INC., <br><br> Defendants. | No. C 16-2788 WHA <br><br> **ORDER DENYING PRO HAC VICE APPLICATIONS OF ATTORNEYS ROBERT B. BARON, JR., AND MARC S. SEGAL** |

The *pro hac vice* applications of Attorney Robert B. Baron, Jr. (Dkt. No. 40) and Attorney Marc S. Segal (Dkt. No. 41) ares **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Pennsylvania" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: June 30, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE