Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC. et al. | )<br>) Case No: 3:16-cv-02788 |
| Plaintiff(s), | )<br>) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| QIAGEN N.V.  et al. | ) **PRO HAC VICE** <br> ) (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | )<br>) |

I, Tyler Robert Marandola , an active member in good standing of the bar of the Supreme Court of PA , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: All Defendants in the above-entitled action. My local co-counsel in this case is John L. Cooper , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 | 235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(215) 864-8628 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 954-4400 |
| MY EMAIL ADDRESS OF RECORD:<br>marandolat@ballardspahr.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jcooper@fbm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 313585 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/08/16

Tyler Robert Marandola
_____
APPLICANT

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Tyler Robert Marandola is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 19, 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                     *October 2012*