1  John L. Cooper (State Bar No. 050324)
     jcooper@fbm.com
2  Jeffrey M. Fisher (State Bar No. 155284)
     jfisher@fbm.com
3  Winston Liaw (State Bar No. 273899)
     wliaw@fbm.com
4  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  *Attorneys for Defendants QIAGEN, N.V.,*
   *QIAGEN GmbH, QIAGEN Gaithersburg,*
8  *Inc., QIAGEN Sciences, LLC, QIAGEN Inc.*
   *(USA),QIAGEN Redwood City, Inc., and*
9  *Intelligent Bio-Systems, Inc.*

Robert R. Baron, Jr. (PA SBN 67084)
(appearance *pro hac vice*)
  baron@ballardspahr.com
Marc S. Segal (PA SBN 84474)
(appearance *pro hac vice*)
  segalm@ballardspahr.com
Tyler R. Marandola
(appearance *pro hac vice*)
  marandolat@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile:  (215) 864-8999

*Attorneys for Defendants QIAGEN, N.V.,*
*QIAGEN GmbH, QIAGEN Gaithersburg,*
*Inc., QIAGEN Sciences, LLC, QIAGEN Inc.*
*(USA), QIAGEN Redwood City, Inc., and*
*Intelligent Bio-Systems, Inc.*

12                **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14                 **SAN FRANCISCO DIVISION**

16  ILLUMINA, INC.
    ILLUMINA CAMBRIDGE LTD.,

17                    Plaintiffs,

18          vs.

19
    QIAGEN, N.V.
20  QIAGEN GmbH
    QIAGEN Gaithersburg, Inc.
21  QIAGEN Sciences, LLC
    QIAGEN Inc. (USA)
22  QIAGEN Redwood City, Inc.
    Intelligent Bio-Systems, Inc.
23
                    Defendants.
24

Case No.  3:16-cv-02788-WHA

[PROPOSED] ORDER GRANTING
UNOPPOSED ADMINISTRATIVE
MOTION TO EXTEND DEADLINES

Judge: Hon. William Alsup
Date:  N/A
Time:  N/A

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[Proposed Order Granting Unopposed
Administrative Motion To Extend Deadlines; Case
No. 3:16-cv-02788-WHA

33250\5546133.1

1    The Court has received Defendants' Unopposed Administrative Motion to Extend

2 Deadlines, and, having considered the papers presented by the parties, the arguments of counsel,

3 and good cause appearing therefor, finds as follows:

4    Defendants' Unopposed Administrative Motion to Extend Deadlines is GRANTED and

5 the schedule is modified as follows:

6    - The deadline for Defendants to Answer Plaintiff's Complaint is extended to August 5,

7       2016.

8    - The deadline for the parties to serve Initial Disclosures Pursuant to FRCP 26 is

9       extended to September 2, 2016.

10 **IT IS SO ORDERED.**

11

DATED:   July 27, 2016.          _____

12                               HON. WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[Proposed] Order Granting Unopposed
Administrative Motion To Extend Deadlines; Case          - 2 -                          33250\5546133.1
No. 3:16-cv-02788-WHA`