| | |
|---|---|
| John L. Cooper (SBN 50324) | Edward R. Reines (SBN 135960) |
| jcooper@fbm.com | edward.reines@weil.com |
| Jeffrey M. Fisher (SBN 155284) | Derek C. Walter (SBN 246322) |
| jfisher@fbm.com | derek.walter@weil.com |
| Winston Liaw (State Bar No. 273899) | WEIL, GOTSHAL & MANGES LLP |
| wliaw@fbm.com | 201 Redwood Shores Parkway |
| FARELLA BRAUN & MARTEL LLP | Redwood Shores, California 94065 |
| 235 Montgomery Street, 17th Floor | Telephone: (650) 802-3000 |
| San Francisco, California 94104 | Facsimile:  (650) 802-3100 |
| Telephone:  (415) 954-4400 | |
| Facsimile:   (415) 954-4480 | *Attorneys for Plaintiffs Illumina, Inc. and Illumina Cambridge Ltd.* |

*Attorneys for Defendants QIAGEN, N.V.,
QIAGEN GmbH, QIAGEN Gaithersburg, Inc.,
QIAGEN Sciences, LLC, QIAGEN Inc. (USA),
QIAGEN Redwood City, Inc., and
Intelligent Bio-Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC., and ILLUMINA CAMBRIDGE LTD., | Case No. 3:16-cv-02788-WHA |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS AND JURISDICTIONAL DISCOVERY** |
| v. | |
| QIAGEN N.V., QIAGEN GmbH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., and INTELLIGENT BIO-SYSTEMS, INC., | |
| Defendants. | |

WHEREAS, on June 14, 2016, defendants except for QIAGEN N.V. filed a motion to transfer this matter to the District of Delaware [Dkt. No. 29];

WHEREAS, on June 16, 2016, defendant QIAGEN N.V. filed a motion to dismiss for lack of personal jurisdiction [Dkt. No. 31];

WHEREAS, on July 19, 2016, the Court (i) held in abeyance QIAGEN N.V.'s motion to dismiss, pending supplemental expedited jurisdictional discovery, (ii) ordered expedited

1

Stip. and [Proposed] Order Regarding Motion to Dismiss, Motion to Transfer, and Jurisdictional Discovery.: Case No. 3:16-cv-02788-WHA

jurisdictional discovery and further briefing, and (iii) denied the motion to transfer or stay, reserving on a final determination on the issue until after jurisdictional discovery was concluded and the personal jurisdiction issue regarding QIAGEN N.V. was resolved [Dkt. No. 64];

WHEREAS, while QIAGEN N.V. does not believe it has sufficient contacts with California or the United States for general or specific personal jurisdiction, due to and to avoid the further burden and expense of continued, expedited jurisdictional discovery in this case, QIAGEN N.V. thereby has offered to withdraw its motion to dismiss and submit to the jurisdiction of this Court for the limited purpose of this particular case;

WHEREAS, while plaintiffs believe this Court has personal jurisdiction over QIAGEN N.V. and contested QIAGEN N.V.'s motion to dismiss, they support the final resolution of the personal jurisdiction issue in this case by stipulation and without the need for further Court involvement.

NOW THEREFORE, the parties HEREBY STIPULATE AND AGREE, subject to the approval and order of the Court, as follows:

1. QIAGEN N.V. withdraws its motion to dismiss for lack of personal jurisdiction in this case [Dkt. No. 31].

2. Plaintiffs withdraw their jurisdictional discovery requests served on QIAGEN N.V., namely Plaintiffs' Jurisdictional Discovery Document Requests to QIAGEN N.V. (Nos. 1-12); Plaintiffs' Jurisdictional Discovery Interrogatories to QIAGEN N.V. (Nos. 1-12); and Plaintiffs' requests for jurisdictional discovery depositions.

3. QIAGEN N.V. withdraws its motion to dismiss with the understanding that there will be no supplement to the current record and the Court's interim order denying the motion to transfer can become final.

4. In light of this stipulation, there is no need for further jurisdictional discovery or briefing, or for the jurisdictional hearing set for October 13, 2016.

5. The parties shall bear their own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: July 31, 2016 | FARELLA BRAUN & MARTEL LLP |
| I, John L. Cooper, represent that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on this document. | /s/ *John L. Cooper*<br>John L. Cooper<br><br>Attorneys For Defendants<br>QIAGEN, N.V., QIAGEN GMBH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., AND INTELLIGENT BIO-SYSTEMS, INC. |
| | WEIL, GOTSHAL & MANGES LLP |
| | /s/ *Edward R. Reines*<br>Edward R. Reines<br><br>Attorneys for Plaintiffs<br>ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD. |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing set for October 13, 2016 is hereby taken off the calendar.

**IT IS SO ORDERED.**

Date: August 1, 2016.

_____
THE HONORABLE WILLIAM ALSUP