IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC, and ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> QIAGEN N.V., QIAGEN GmbH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., AND INTELLIGENT BIO-SYSTEMS, INC., <br><br> Defendants. | No. C 16-02788 WHA <br><br> **ORDER RE SEALING MOTIONS** |

Both sides move to file portions of various documents under seal pursuant to the protective order in this case (Dkt. Nos. 71, 93). The materials sought to be sealed include internal financial information, forecasting, and competitive intelligence relating to Illumina's DNA sequencing products. Good cause shown, the parties' respective sealing motions are **GRANTED**.

This is without prejudice to whether the same materials may be sealed on a motion for summary judgment or at trial.

**IT IS SO ORDERED.**

Dated: August 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE