IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ILLUMINA, INC, and ILLUMINA CAMBRIDGE LTD.,

Plaintiffs,

v.

QIAGEN N.V., QIAGEN GmbH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., AND INTELLIGENT BIO-SYSTEMS, INC.,

Defendants.

No. C 16-02788 WHA

**ORDER SETTING SCHEDULE ON MOTION TO STAY INJUNCTION PENDING APPEAL**

Defendants filed a précis letter seeking leave to file a motion to stay the preliminary injunction, in whole or in part, pending its forthcoming appeal (Dkt. No. 115). This order hereby **SETS** the following schedule for expedited consideration of this motion. By **THURSDAY, SEPTEMBER 15 AT NOON**, defendants shall file a formal motion **NOT TO EXCEED FIFTEEN PAGES**. Plaintiffs shall likewise respond by **MONDAY, SEPTEMBER 19 AT NOON**. Defendants may reply in **NO MORE THAN EIGHT PAGES** by **WEDNESDAY, SEPTEMBER 21 AT NOON**. A hearing on the motion is hereby **SET** for **THURSDAY, SEPTEMBER 22 AT 8:00 A.M.**

To be clear, this is not an opportunity to simply reargue plaintiffs' motion for a preliminary injunction.

**IT IS SO ORDERED.**

Dated: September 13, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE