Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Illumina, Inc.
Illumina Cambridge Ltd.
                Plaintiff(s),

v.

QIAGEN, N.V., et. al

                Defendant(s).

Case No: 3:16-cv-02788-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Claire K. Comfort, an active member in good standing of the bar of New York State Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Illumina, Inc. and Illumina Cambridge LTD in the above-entitled action. My local co-counsel in this case is Edward R. Reines, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 767 Fifth Avenue<br>New York, NY 10153 | 201 Redwood Shores Parkway, 5th floor<br>Redwood Shores, CA 94065 |
| My telephone # of record:<br>1 212-310-8986 | Local co-counsel's telephone # of record:<br>650-802-3022 |
| My email address of record:<br>claire.comfort@weil.com | Local co-counsel's email address of record:<br>edward.reines@weil.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4782793.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: September 15, 2016

/s/ Claire K. Comfort
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Claire K. Comfort is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 15, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                               *October 2012*