IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC, and ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> QIAGEN N.V., QIAGEN GmbH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., AND INTELLIGENT BIO-SYSTEMS, INC., <br><br> Defendants. | No. C 16-02788 WHA <br><br> **NOTICE RE PRELIMINARY INJUNCTION** |

    To be clear, the preliminary injunction will *not* take effect unless and until Illumina posts the bond as required in the order granting the motion.

Dated: September 15, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE