EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
DEREK C. WALTER (Bar No. 246322)
derek.walter@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiffs
ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, Inc.<br>ILLUMINA CAMBRIDGE LTD.,<br><br>            Plaintiffs,<br><br>vs.<br><br>QIAGEN, N.V.<br>QIAGEN GmbH<br>QIAGEN Gaithersburg, Inc.<br>QIAGEN Sciences, LLC,<br>QIAGEN Inc. (USA)<br>QIAGEN Redwood City, Inc.<br>Intelligent Bio-Systems, Inc.<br><br>            Defendants. | Case No. 3:16-cv-02788-WHA<br><br>**PRELIMINARY INJUNCTION BOND**<br><br>Bond # 58734079<br>Premium: $70,000.00 per annum<br><br>September 15, 2016 |

WHEREAS, the Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd. (collectively "Illumina") have obtained a preliminary injunction from this Court against the above named Defendants, as set forth in Order Granting Motion for Preliminary Injunction [Doc. 114]. The Court issued the preliminary injunction on the condition that Illumina file a bond of $20,000,000.00 as security for the injunction.

NOW, THEREFORE Western Surety Company, 333 S. Wabash Ave., Chicago, IL 60604, as Surety, undertakes and promises to pay Defendants up to the sum of $20,000,000.00 DOLLARS for the costs and damages deemed by the Court to have been sustained as a result of said Order [Doc. 114] if it is determined that the Defendants were wrongfully enjoined or restrained.

**Western Surety Company**
SURETY

By: _____
Aidan Kathleen Smock
Attorney-in-Fact

**ILLUMINA, Inc.**
PLAINTIFF

By: _____
Rebecca Chambers
VP, Investor Relations and Treasury

**ILLUMINA CAMBRIDGE LTD.**
PLAINTIFF

By: _____
Francis deSouza
Director

PRELIMINARY INJUNCTION BOND         1         Case No. 3:16-cv-02788-WHA

# Western Surety Company

## POWER OF ATTORNEY APPOINTING INDIVIDUAL ATTORNEY-IN-FACT

**Know All Men By These Presents,** That WESTERN SURETY COMPANY, a South Dakota corporation, is a duly organized and existing corporation having its principal office in the City of Sioux Falls, and State of South Dakota, and that it does by virtue of the signature and seal herein affixed hereby make, constitute and appoint

### Richard Patrick Hallett, Aidan Kathleen Smock, Individually

of San Diego, CA, its true and lawful Attorney(s)-in-Fact with full power and authority hereby conferred to sign, seal and execute for and on its behalf bonds, undertakings and other obligatory instruments of similar nature

### - In Unlimited Amounts -

and to bind it thereby as fully and to the same extent as if such instruments were signed by a duly authorized officer of the corporation and all the acts of said Attorney, pursuant to the authority hereby given, are hereby ratified and confirmed.

This Power of Attorney is made and executed pursuant to and by authority of the By-Law printed on the reverse hereof, duly adopted, as indicated, by the shareholders of the corporation.

**In Witness Whereof,** WESTERN SURETY COMPANY has caused these presents to be signed by its Vice President and its corporate seal to be hereto affixed on this 1st day of July, 2015.

WESTERN SURETY COMPANY

Paul T. Bruflat, Vice President

State of South Dakota } ss
County of Minnehaha

On this 1st day of July, 2015, before me personally came Paul T. Bruflat, to me known, who, being by me duly sworn, did depose and say: that he resides in the City of Sioux Falls, State of South Dakota; that he is the Vice President of WESTERN SURETY COMPANY described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed pursuant to authority given by the Board of Directors of said corporation and that he signed his name thereto pursuant to like authority, and acknowledges same to be the act and deed of said corporation.

My commission expires

February 12, 2021

S. EICH
NOTARY PUBLIC
SOUTH DAKOTA

S. Eich, Notary Public

### CERTIFICATE

I, L. Nelson, Assistant Secretary of WESTERN SURETY COMPANY do hereby certify that the Power of Attorney hereinabove set forth is still in force, and further certify that the By-Law of the corporation printed on the reverse hereof is still in force. In testimony whereof I have hereunto subscribed my name and affixed the seal of the said corporation this _____ day of  SEP 15 2016 , _____.

WESTERN SURETY COMPANY

L. Nelson, Assistant Secretary

Form F4280-7-2012

**Authorizing By-Law**

## ADOPTED BY THE SHAREHOLDERS OF WESTERN SURETY COMPANY

This Power of Attorney is made and executed pursuant to and by authority of the following By-Law duly adopted by the shareholders of the Company.

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, and Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

County of San Diego

On SEP 15 2016 before me, Richard P. Hallett, Notary Public,
   Date                          Insert Name of Notary exactly as it appears on the official seal

personally appeared Aidan Kathleen Smock
                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature _____
          Signature of Notary Public

RICHARD P. HALLETT
Commission No. 2114065
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires July 2, 2019

Place Notary Seal Above

――――――― OPTIONAL ―――――――

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of the form to another document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner  ☐ Limited  ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner  ☐ Limited  ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here