United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ILLUMINA, INC, and ILLUMINA CAMBRIDGE LTD.,

    Plaintiffs,

v.

QIAGEN N.V., QIAGEN GmbH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., AND INTELLIGENT BIO-SYSTEMS, INC.,

    Defendants.

No. C 16-02788 WHA

**ORDER RE PLAINTIFFS' PRÉCIS LETTER**

The Court has reviewed plaintiffs' précis letter seeking to add claims for a new patent and defendants' response. Plaintiffs shall bring a formal motion by **OCTOBER 20**. Briefing shall be according to the normal 35-day calendar; however, the hearing shall be scheduled for **DECEMBER 1, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 18, 2016.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE