IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ILLUMINA, INC, and ILLUMINA CAMBRIDGE LTD.,

Plaintiffs,

v.

QIAGEN N.V., QIAGEN GmbH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., AND INTELLIGENT BIO-SYSTEMS, INC.,

Defendants.

No. C 16-02788 WHA

**ORDER ON SEALING MOTIONS**

The parties seek leave to file under seal several documents containing the parties' internal confidential financial, strategic, and business information (Dkt. Nos. 98, 100, 121, 127, and 130). Good cause shown, the sealing motions are **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 18, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE