**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC, and ILLUMINA CAMBRIDGE LTD., | No. C 16-02788 WHA |
| Plaintiffs, | |
| v. | |
| QIAGEN N.V., QIAGEN GmbH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., AND INTELLIGENT BIO-SYSTEMS, INC., | **REQUEST FOR RESPONSE** |
| Defendants. | |

The Court has received Illumina's discovery letter. By **NOVEMBER 14 AT NOON**, Counsel for Illumina shall file a sworn declaration stating whether they have met and conferred in person or by phone with opposing counsel as required by Rule 37.

**IT IS SO ORDERED.**

Dated: November 10, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE