| | |
|---|---|
| John L. Cooper (SBN 50324) <br> jcooper@fbm.com <br> Jeffrey M. Fisher (SBN 155284) <br> jfisher@fbm.com <br> Winston Liaw (State Bar No. 273899) <br> wliaw@fbm.com <br> FARELLA BRAUN & MARTEL LLP <br> 235 Montgomery Street, 17th Floor <br> San Francisco, California 94104 <br> Telephone:  (415) 954-4400 <br> Facsimile:   (415) 954-4480 | Edward R. Reines (SBN 135960) <br> edward.reines@weil.com <br> Derek C. Walter (SBN 246322) <br> derek.walter@weil.com <br> WEIL, GOTSHAL & MANGES LLP <br> 201 Redwood Shores Parkway <br> Redwood Shores, California 94065 <br> Telephone: (650) 802-3000 <br> Facsimile:  (650) 802-3100 <br><br> *Attorneys for Plaintiffs Illumina, Inc. and Illumina Cambridge Ltd.* |

Robert R. Baron, Jr. (PA SBN 67084)
(appearance *pro hac vice*)
 baron@ballardspahr.com
Marc S. Segal (PA SBN 84474)
(appearance *pro hac vice*)
 segalm@ballardspahr.com
Tyler R. Marandola (PA SBN 313585)
(appearance *pro hac vice*)
 marandolat@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999

*Attorneys for Defendants QIAGEN, N.V., QIAGEN GmbH, QIAGEN Gaithersburg, Inc., QIAGEN Sciences, LLC, QIAGEN Inc. (USA), QIAGEN Redwood City, Inc., and Intelligent Bio-Systems, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC. <br> ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> QIAGEN N.V., QIAGEN GmbH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., and INTELLIGENT BIO-SYSTEMS, INC., <br><br> Defendants. | Case No.  16-cv-02788-WHA <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PATENT DISCLOSURES AND CLAIM CONSTRUCTION** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP/ORDER RE PATENT DISCLOSURES,
CLAIM CONSTRUCTION; Case No. 16-cv-02788-WHA

33250\5478349.1

WHEREAS, on May 24, 2016, Illumina, Inc. and Illumina Cambridge Ltd. (collectively, "Illumina") filed its Complaint [Dkt. No. 1] against defendants QIAGEN N.V., QIAGEN GmbH, QIAGEN Gaithersburg, Inc., QIAGEN Sciences, LLC, QIAGEN Inc. (USA), QIAGEN Redwood City, Inc., and Intelligent Bio-Systems, Inc. (collectively, "QIAGEN") asserting U.S. Patent No. 7,566,537 ("the '537 Patent");

WHEREAS, on November 29, 2016, the Court granted Plaintiffs Illumina Inc., and Illumina Cambridge Ltd.'s (collectively "Illumina") motion to supplement its complaint to assert claims for infringement of U.S. Patent No. 9,410,200 ("the '200 Patent") [Dkt. No. 162];

WHEREAS, the parties believe that it will be most efficient to synchronize the patent disclosures and claim construction proceedings for both the '537 and '200 Patents;

NOW THEREFORE, the parties HEREBY STIPULATE AND AGREE, subject to the approval and order of the Court, to the following amended schedule for the patent disclosures and claim construction proceedings:

NOW THEREFORE, the parties HEREBY STIPULATE AND AGREE, subject to the approval and order of the Court, to the following schedule for the compleetion of the patent disclosures and claim construction proceedings:

1. Illumina will serve supplemental infringement contentions that include allegations regarding the '200 Patent under Patent L.R. 3-1 and 3-2 on **December 16, 2016**.

2. QIAGEN will serve supplemental invalidity contentions that include allegations regarding the '200 Patent under Patent L.R. 3-4 and 3-5 on **January 6, 2017**.

3. The parties will exchange an updated, supplemental list of proposed claim terms for construction that include terms from both the '537 and '200 Patents under Patent L.R. 4-1 on **January 13, 2017**.

4. The parties will exchange proposed preliminary claim constructions for both the '537 and '200 Patents under Patent L.R. 4-2 on **January 20, 2017**.

5. The parties shall file a Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3 on **February 3, 2017**.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP/ORDER RE PATENT DISCLOSURES, CLAIM CONSTRUCTION; Case No. 16-cv-02788-WHA

- 2 -

33250\5478349.1

6. The completion of claim construction briefing will be according to schedule under Patent L.R. 4-5.

**IT IS SO STIPULATED.**

Dated: December 12, 2016

I, John L. Cooper, represent that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature on this document.

FARELLA BRAUN & MARTEL LLP

　　/s/ *John L. Cooper*
　　John L. Cooper

Attorneys For Defendants
QIAGEN, N.V., QIAGEN GMBH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., AND INTELLIGENT BIO-SYSTEMS, INC.

WEIL, GOTSHAL & MANGES LLP

　　/s/ *Edward R. Reines*
　　Edward R. Reines

Attorneys for Plaintiffs
ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: December 13, 2016.

　　　　　　　　　　　　　　　　　
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP/ORDER RE PATENT DISCLOSURES, CLAIM CONSTRUCTION; Case No. 16-cv-02788-WHA

- 3 -

33250\5478349.1