EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
DEREK C. WALTER (Bar No. 246322)
derek.walter@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiffs
ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, Inc.<br>ILLUMINA CAMBRIDGE LTD.,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>QIAGEN, N.V.<br>QIAGEN GmbH<br>QIAGEN Gaithersburg, Inc.<br>QIAGEN Sciences, LLC,<br>QIAGEN Inc. (USA)<br>QIAGEN Redwood City, Inc.<br>Intelligent Bio-Systems, Inc.<br><br>                    Defendants. | Case No. 16-cv-02788-WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO FIRST SUPPLEMENTAL COMPLAINT FOR PATENT INFRINGEMENT |

1  The Court has received Plaintiffs' Administrative Motion to File Under Seal Plaintiffs'
2  Exhibits to Complaint for Patent Infringement. Because Plaintiffs' Exhibits 49, 50, and 59 to
3  First Supplemental Complaint for Patent Infringement contains material that is sealable pursuant
4  to Local Rule 79-5, Plaintiffs' Motion to Seal is GRANTED.

**IT IS SO ORDERED.**

DATED: _December 19_, 2016                          _____
                                                              UNITED STATES JUDGE