IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ILLUMINA, INC, and ILLUMINA CAMBRIDGE LTD.,

Plaintiffs,

v.

QIAGEN N.V., QIAGEN GmbH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., AND INTELLIGENT BIO-SYSTEMS, INC.,

Defendants.

No. C 16-02788 WHA

**ORDER SETTING HEARING RE DISCOVERY DISPUTE**

The Court **SETS** a ninety-minute meet-and-confer in the Court's jury room starting from **9:00 A.M. AND CONTINUING TO 10:30 A.M.** on **FRIDAY, JANUARY 27, 2017**. At 10:30, the Court will hear any remaining discovery issues in Courtroom 8. Plaintiff's response is due by **JANUARY 25**.

Please note that only those lawyers who personally meet and confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: January 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE