1  John L. Cooper (SBN 50324)
   jcooper@fbm.com
2  Jeffrey M. Fisher (SBN 155284)
   jfisher@fbm.com
3  Winston Liaw (State Bar No. 273899)
   wliaw@fbm.com
4  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, California 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Robert R. Baron, Jr. (PA SBN 67084)
   (appearance *pro hac vice*)
8  baron@ballardspahr.com
   Marc S. Segal (PA SBN 84474)
9  (appearance *pro hac vice*)
   segalm@ballardspahr.com
10 Tyler R. Marandola (PA SBN 313585)
   (appearance *pro hac vice*)
11 marandolat@ballardspahr.com
   BALLARD SPAHR LLP
12 1735 Market Street, 51st Floor
   Philadelphia, PA 19103-7599
13 Telephone: (215) 665-8500
   Facsimile: (215) 864-8999

14

15 *Attorneys for Defendants QIAGEN, N.V.,
   QIAGEN GmbH, QIAGEN Gaithersburg, Inc.,
   QIAGEN Sciences, LLC, QIAGEN Inc. (USA),*
16 *QIAGEN Redwood City, Inc., and
   Intelligent Bio-Systems, Inc.*

Edward R. Reines (SBN 135960)
   edward.reines@weil.com
Derek C. Walter (SBN 246322)
   derek.walter@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Plaintiffs Illumina, Inc. and
Illumina Cambridge Ltd.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC., and ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> QIAGEN N.V., QIAGEN GmbH, QIAGEN GAITHERSBURG, INC., QIAGEN SCIENCES, LLC, QIAGEN INC. (USA), QIAGEN REDWOOD CITY, INC., and INTELLIGENT BIO-SYSTEMS, INC., <br><br> Defendants. | Case No. 3:16-cv-02788-WHA <br><br> **STIPULATED CONSENT JUDGMENT** |

WHEREAS, this action for patent infringement has been brought by Plaintiffs Illumina, Inc. and Illumina Cambridge Ltd. (collectively, "Plaintiffs") against Defendants QIAGEN N.V., QIAGEN GmbH, QIAGEN Gaithersburg, Inc., QIAGEN Sciences, LLC, QIAGEN Inc. (USA), QIAGEN Redwood City, Inc., and Intelligent Bio-Systems, Inc. (collectively, "Defendants") for infringement of claims 1, 6, and 8 of U.S. Patent Nos. 7,566,537 and claims 1-2, 4-12, and 14-19 of U.S. Patent No. 9,410,200 (collectively, the "Patent Claims" and such action, the "Litigation");

WHEREAS on May 24, 2016, Plaintiffs moved for a preliminary injunction;

WHEREAS on September 9, 2016, the Court granted Plaintiffs a preliminary injunction barring Defendants from "making, using, offering to sell, or selling within the United States, or importing into the United States, or marketing, promoting, or distributing the QIAGEN GeneReader NGS System, as depicted in Plaintiffs' moving papers, or any related product that embodies the claims of U.S. Patent No. 7,566,537 ("the '537 Patent"), such as the GeneRead Sequencing Q Kit (1) or the GeneRead Sequencing Q Kit (4)";

WHEREAS on September 22, 2016, the Court clarified the preliminary injunction to allow Qiagen to supply nucleotides to its existing customers and to manufacture its GeneReader in the United States for sales abroad;

WHEREAS, the parties have settled this case, and the Court, upon the consent and request of the parties in the Litigation, hereby acknowledges the following Consent Judgment.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Except as otherwise permitted by the parties' settlement agreement, Defendants and their officers, affiliates, and employees, agree not to use, offer to sell, or sell within the United States, or import into the United States, any products or systems that comprise a nucleotide or nucleoside molecule, wherein the nucleotide or nucleoside molecule has a ribose or deoxyribose sugar moiety with an azido-containing protecting group attached via the 2' or 3' oxygen atom of the ribose or deoxyribose sugar moiety. This includes the azido-protecting group chemistry sold by QIAGEN in 2016 in connection with its GeneReader product. Nor shall they infringe, contribute to the infringement, or induce infringement of any Patent Claims.

2. The agreement of paragraph 1 expires as each such Patent Claim expires or is invalidated.

3. All claims and counterclaims in this Litigation are hereby dismissed without prejudice.

4. Each party shall bear its own costs and attorney's fees.

5. The final consent judgment fully resolves this action.

6. This Court shall retain jurisdiction over this matter for the purposes of enforcing this Consent Judgment until the expiration of the patents or 5 years, whichever comes first.

**IT IS SO ORDERED, DECREED AND ADJUDGED** this ___21___ day of ___July___, 2017.

_____
The Honorable William ~~H.~~ Alsup
United States District Judge

AGREED TO:

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| *[signature]* | *[signature]* |
| Edward R. Reines (SBN 135960) | John L. Cooper (SBN 50324) |
| edward.reines@weil.com | jcooper@fbm.com |
| Derek C. Walter (SBN 246322) | Jeffrey M. Fisher (SBN 155284) |
| derek.walter@weil.com | jfisher@fbm.com |
| WEIL, GOTSHAL & MANGES LLP | Winston Liaw (State Bar No. 273899) |
| 201 Redwood Shores Parkway | wliaw@fbm.com |
| Redwood Shores, California 94065 | FARELLA BRAUN & MARTEL LLP |
| Telephone: (650) 802-3000 | 235 Montgomery Street, 17th Floor |
| Facsimile: (650) 802-3100 | San Francisco, California 94104 |
| | Telephone: (415) 954-4400 |
| | Facsimile: (415) 954-4480 |
| | |
| | Of Counsel: |
| | Robert R. Baron, Jr. (PA SBN 67084) |
| | (appearance *pro hac vice*) |
| | baron@ballardspahr.com |
| | Marc S. Segal (PA SBN 84474) |
| | (appearance *pro hac vice*) |
| | segalm@ballardspahr.com |
| | Tyler R. Marandola (PA SBN 313585) |
| | (appearance *pro hac vice*) |
| | marandolat@ballardspahr.com |
| | BALLARD SPAHR LLP |
| | 1735 Market Street, 51st Floor |
| | Philadelphia, PA 19103-7599 |
| | Telephone: (215) 665-8500 |
| | Facsimile: (215) 864-8999 |